UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                        :

KOSTYANTYN BUGARENKO

                                              : Chapter 13
              Debtor(s)                       : Bankruptcy No. 19-11270JKF

* * * * * * *

**HEARING TO BE HELD:**
**Date: August 21, 2019**
**Time: 9:30 a.m.**
**Place: United States Bankruptcy Court**
**Courtroom #3**
**900 Market Street**
**Philadelphia, PA 19107-4295**

* * * * * * *

<u>NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE</u>

Scott F. Waterman, Standing Chapter 13 Trustee, has filed Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307 with the Court for dismissal of this case.

YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT AN ATTORNEY.)

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before August 6, 2019   you or your attorney must do ALL of the following:

(a) file an answer explaining your position at

U.S. Bankruptcy Court
Clerk's Office
United States Courthouse
900 Market Street
Philadelphia, PA 19107-4295

If you mail your answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to the movant's attorney:

> Polly A. Langdon, Esq.
> for
> Scott F. Waterman, Esq.,
> Standing Chapter 13 Trustee
> 2901 St. Lawrence Avenue, Suite 100
> Reading, Pennsylvania 19606
> Telephone: (610) 779-1313
> Fax: (610) 779-3637

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an Order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Jean K. FitzSimon, United States Bankruptcy Judge, on August 21, 2019 at 9:30 a.m., in Courtroom #3, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107-4295.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's Office at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

Date: July 23, 2019.