UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

KOSTYANTYN BUGARENKO
Debtor

Bankruptcy No. 19-11270JKF

CHAPTER 13

HEARING TO BE HELD:
Date: 10/16/19
Time: 9:30 a.m.
Place: US Bankruptcy Court
Courtroom #3, 2nd Floor
900 Market Street
Philadelphia PA 19107-4295

## Request for Authorization of Phone Conference

I am Kostyantyn Bugarenko, requesting the Honorable Jean K. FitzSimon, United States Bankruptcy Judge to authorize me to take action at Cour hearing, scheduled at 10/16/19 at 9:30 AM trough phone conference from my temporary detention location. Court may reach me trough phone # 717-840-2349 at scheduled hearing date and time.

10/09/2019

Sincerelly,
Kostyantyn Bugarenko

OCT 15 2019