B420A (Official Form 20A) (Notice of Motion or Objection) (12/16)

# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re **Kostyantyn Bugarenko**

Debtor

Case No. **19-11270**

Address **60 Princeton Road, Huntingdon Valley, PA 19006**

Chapter **13**

Last four digits of Social Security or Individual Tax-payer Identification (ITIN) No(s).,(if any): **xxx-xx-4847**

Employer's Tax Identification (EIN) No(s). (if any):

## NOTICE OF MOTION TO APPOINT NEXT FRIEND

**Debtor, Kostyantyn Bugarenko** has filed papers with the court to [relief sought in motion or objection].

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to [relief sought in motion or objection], or if you want the court to consider your views on the Motion to Appoint Next Friend, then on or before February 4, 2020, you or your attorney must:

File with the court a written request for a hearing *or, if the court requires a written response, an answer, explaining your position* at:

> United States Bankruptcy Court
> Clerk's Office
> 900 Market Street, 4th Floor
> Philadelphia, PA 19107

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to:

> Tova Weiss, Esquire
> 648 2nd Street PIke
> Southampton, PA 18966

Attend the hearing to be scheduled to be held on **February 12, 2020**, at 9:30a.m.. in Courtroom **#3 (Judge Fitzsimmon)**, located at United States Bankruptcy Court, 900 Market Street, 2nd Floor, Philadelphia, PA 19107.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

| Date | **January 21, 2020** | Signature | **/s/ Tova Weiss** |
|---|---|---|---|
| | | Name | **Tova Weiss 74015 PA** |
| | | Address | **Blitshtein & Weiss** |
| | | | **648 2nd Street Pike** |
| | | | **Southampton, PA 18966** |