## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Kostyantyn Bugarenko**                           Case No.  **19-11270**
                       Debtor(s)                           Chapter   **13**

### ORDER

And Now, this ____ day of _____, 20___, upon consideration, review and/or hearing of Debtor's Motion to Appoint Next Friend, it is hereby ORDERED and DECREED that Tatyana Burgarenko is appointed the Next Friend of Debtor, Kostyantyn Bugarenko

_____

J.