# United States Bankruptcy Court
### Eastern District of Pennsylvania

| In re | **Kostyantyn Bugarenko** | | Case No. | **19-11270** |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | **13** |

## CERTIFICATE OF SERVICE

I hereby certify that on <u>January 22, 2020</u>, a copy of **Motion to Appoint Next Friend** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**American Express**
**Capital One**
**Chase**
**Citizen One Bank**
**Department Stores nation Bank c/o Quantum3 Group**
**Discover**
**Gary M. Perkiss, P.C.**
**LVNV Funding LLC**
**Pennsylvania Department of Revenue**
**Portfolio Recovery Asociates**
**Riley Sales, Inc.**
**Sheffield Financial**
**Toyota Motor Credit**
**Trustee Waterman**
**U.S. Trustee**

**/s/ Tova Weiss**
**Tova Weiss**
**Blitshtein & Weiss**
**648 2nd Street Pike**
**Southampton, PA 18966**
**215-364-4900Fax:215-364-8050**
**weiss@lawyersbw.com**