# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Kostyantyn Bugarenko**                                    Case No.  **19-11270**
Debtor(s)                                                          Chapter   **13**

## PRAECIPE TO WITHDRAW DOCKET ENTRY NUMBER 65

To The Clerk of Court:

Docket Entry Number 65 is to be withdrawn as it was filed in error.

/s/Tova Weiss
Tova Weiss, Esquire
648 2nd Street Pike
Southampton, PA 18966
215-364-4900
weiss@lawyersbw.com

Date: January 22, 2020