# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re **Kostyantyn Bugarenko**      Case No. **19-11270**

Debtor(s)     Chapter **13**

## CERTIFICATE OF NO RESPONSE

I, Tova Weiss, attorney for debtor, Kostyantyn Bugarenko, do hereby certify that no response of objection has been received regarding the Motion to Appoint Next Friend filed on january 22, 2020.

/s/Tova Weiss
Tova Weiss, Esquire
648 2nd Street Pike
Southampton, PA 18966
215-364-4900
weiss@lawyersbw.com

Date:February 11, 2020