# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re **Kostyantyn Bugarenko**  Debtor(s)

Case No. **19-11270**
Chapter **13**

### ORDER

And Now, this 12th day of February, 20 20, upon consideration, review and/or hearing of Debtor's Motion to Appoint Next Friend, it is hereby ORDERED and DECREED that Tatyana Burgarenko is appointed the Next Friend of Debtor, Kostyantyn Bugarenko.

_____
Judge Jean K. FitzSimon    J.