United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kostyantyn Bugarenko  
    Debtor

Case No. 19-11270-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: JEGilmore    Page 1 of 1    Date Rcvd: Feb 12, 2020  
    Form ID: pdf900    Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2020.
```
db           +Kostyantyn Bugarenko,    60 Princeton Road,    Huntingdon Valley, PA 19006-1227
nof          +Tatyana Bugarenko,    60 Princeton Road,    Huntingdon Valley, PA 19006-1227
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Feb 13 2020 03:07:46     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 13 2020 03:07:15
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 13 2020 03:07:31     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: resurgentbknotifications@resurgent.com Feb 13 2020 03:13:45     LVNV Funding LLC,
                 PO Box 10587,    Greenville, SC  29603-0587
cr             +E-mail/Text: debott@rileysales.com Feb 13 2020 03:07:31     Riley Sales, Inc.,
                 1719 Romano Drive,    Plymouth Meeting, PA 19462-2821
cr             +E-mail/PDF: gecsedi@recoverycorp.com Feb 13 2020 03:13:34     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 6
```

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2020        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2020 at the address(es) listed below:
```
          BRIAN THOMAS LANGFORD    on behalf of Creditor    Citizens Bank, N.A. f/k/a RBS Citizens, N.A.
           PitEcf@weltman.com
          GARY M. PERKISS     on behalf of Creditor    Riley Sales, Inc. gperkiss@perkiss.com
          MARY F. KENNEDY     on behalf of Creditor    Citizens Bank, N.A. f/k/a RBS Citizens, N.A.
           mary@javardianlaw.com,    tami@javardianlaw.com
          POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ECFMail@ReadingCh13.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          TOVA   WEISS    on behalf of Debtor Kostyantyn   Bugarenko weiss@lawyersbw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 9
```

# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Kostyantyn Bugarenko**  
Debtor(s)

Case No. **19-11270**  
Chapter **13**

## ORDER

And Now, this **12th** day of **February**, 20**20**, upon consideration, review and/or hearing of Debtor's Motion to Appoint Next Friend, it is hereby ORDERED and DECREED that Tatyana Burgarenko is appointed the Next Friend of Debtor, Kostyantyn Bugarenko.

_____  
Judge Jean K. FitzSimon   J.