WWR# 040364618

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> KOSTYANTYN BUGARENKO, <br> TATYANA BUGARENKO, <br>                       Debtor <br> CITIZENS BANK, N.A. <br>                       Movant | CASE NO.  19-11270-JKF <br><br> CHAPTER 13 |

## WITHDRAWAL OF APPEARANCE/ENTRY OF APPEARANCE

    Kindly withdraw the appearance of Brian Langford as attorney for Movant and enter Nathalie Paul as attorney for Movant in all matters for the duration of this bankruptcy case without prejudice.

Date: March 10, 2020

                                            /s/ Nathalie Paul
                                            Nathalie Paul, PA Bar No. 309118
                                            Attorney for Movant
                                            170 S. Independence Mall W., Suite 874W
                                            Philadelphia, PA 19106
                                            267-940-1643
                                            npaul@weltman.com

WWR# 040364618

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>KOSTYANTYN BUGARENKO,<br>TATYANA BUGARENKO,<br>　　　　　　　　　Debtor.<br>CITIZENS BANK, N.A.,<br>　　　　　　　　　Movant. | CASE NO. 19-11270-JKF<br><br>CHAPTER 13 |

**CERTIFICATE OF SERVICE**

I, Nathalie Paul, Esq., attorney for Movant, do hereby certify that true and correct copies of the Withdrawal of Appearance/Entry of Appearance has been served on the 10th day of March, 2020, upon those listed below:

Service by First-Class Mail:

Kostyantyn Bugarenko, Debtor
60 Princeton Road
Huntingdon Valley, PA 19006

Tatyana Bugarenko, Debtor
60 Princeton Road
Huntingdon Valley, PA 19006

and Service by NEF/ECF:

TOVA WEISS, Debtors Attorney at weiss@lawyersbw.com
SCOTT F. WATERMAN, Trustee at ECFMail@ReadingCh13.com
OFFICE OF THE UNITED STATES TRUSTEE at USTPRegion03.PH.ECF@usdoj.gov

　　　　　　　　　　　　　　　　　　/s/ Nathalie Paul
　　　　　　　　　　　　　　　　　　Nathalie Paul, PA Bar No. 309118
　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　170 S. Independence Mall W., Suite 874W
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　267-940-1643
　　　　　　　　　　　　　　　　　　npaul@weltman.com