WWR# 040364618

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>KOSTYANTYN BUGARENKO<br><br>                          Debtor<br>CITIZENS BANK, N.A.<br>                          Movant | Case No 19-11270-jkf<br><br>Chapter 13<br><br>Related to Doc. Nos.: 29, 35 |

**STIPULATION RESOLVING OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

Now this _____ day of _____, 2020. Upon Chapter 13 Plan filed by Debtor and the Objection to Confirmation of Debtor's Chapter 13 Plan filed by Citizens Bank, N.A. and upon statements of counsel, the evidence and law:

This Court FINDS the Citizens Bank, N.A., Movant herein, is a creditor of the estate by virtue of a certain Retail Installment Contract with the Debtor, secured by 2014 Dodge Ram 1500, VIN: 3C6TRVB66EE106601. That the Movant has not been adequately protected and that Debtor's Plan does not provide adequate protection of Movant's secured interest.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Citizens Bank, N.A., be and is hereby granted relief from the Automatic Stay to take the necessary steps to repossess and liquidate its collateral referenced herein. That Debtor wishes to surrender Movant's collateral, more specifically described as one 2014 Dodge Ram 1500, VIN: 3C6TRVB66EE106601. That the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1978 (The Code), 11 U.S.C. Section 362, is modified to allow the above-captioned Movant to exercise any and all of its remedies under its loan documentation and under state law to proceed with repossession and sale of one 2014 Dodge Ram 1500, VIN: 3C6TRVB66EE106601.

 

Honorable Jean K Fitzsimon
United States Bankruptcy Judge

| | | |
|---|---|---|
| /s/ Nathalie Paul | /s/ (signature) | /s/ Polly A. Langdon |
| Attorney for Movant<br>Nathalie Paul, PA Bar No. 309118<br>170 S. Independence Mall W., Suite 874W<br>Philadelphia, PA 19106 | Attorney For Debtor<br>Tova Weiss<br>648 2nd Street Pike<br>Southampton, PA 18966-3941 | For Trustee Scott F. Waterman<br>2901 St Lawrence Street<br>Ste 100<br>Reading, PA 19606-2265 |