United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-11270-jkf
Kostyantyn Bugarenko                                                  Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 1          Date Rcvd: Apr 08, 2020
                              Form ID: pdf900          Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2020.
db        +Kostyantyn Bugarenko,   60 Princeton Road,   Huntingdon Valley, PA 19006-1227
nof       +Tatyana Bugarenko,   60 Princeton Road,   Huntingdon Valley, PA 19006-1227

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg        E-mail/Text: megan.harper@phila.gov Apr 09 2020 04:21:26    City of Philadelphia,
            City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
            Philadelphia, PA 19102-1595
smg        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 09 2020 04:21:05    Pennsylvania Department of Revenue,
            Bankruptcy Division,   P.O. Box 280946,   Harrisburg, PA 17128-0946
smg       +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 09 2020 04:21:15    U.S. Attorney Office,
            c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr         E-mail/PDF: resurgentbknotifications@resurgent.com Apr 09 2020 04:23:14    LVNV Funding LLC,
            PO Box 10587,   Greenville, SC 29603-0587
cr        +E-mail/Text: debott@rileysales.com Apr 09 2020 04:21:16    Riley Sales, Inc.,
            1719 Romano Drive,   Plymouth Meeting, PA 19462-2821
cr        +E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2020 04:23:59    Synchrony Bank,
            c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2020 at the address(es) listed below:
              GARY M. PERKISS    on behalf of Creditor    Riley Sales, Inc. gperkiss@perkiss.com
              MARY F. KENNEDY    on behalf of Creditor    Citizens Bank, N.A. f/k/a RBS Citizens, N.A.
               mary@javardianlaw.com,    angie.harrigan@javardianlaw.com
              NATHALIE PAUL    on behalf of Creditor    Citizens Bank, N.A. f/k/a RBS Citizens, N.A.
               npaul@weltman.com,    pitecf@weltman.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              TOVA WEISS    on behalf of Debtor Kostyantyn Bugarenko weiss@lawyersbw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 9

040364618

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>KOSTYANTYN BUGARENKO<br><br>                      Debtor<br>CITIZENS BANK, N.A.<br>                      Movant | Case No 19-11270-jkf<br><br>Chapter 13<br><br>Related to Doc. Nos.: 29, 35 |

**STIPULATION RESOLVING OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

    Now this __8th__ day of __April__, 2020. Upon Chapter 13 Plan filed by Debtor and the Objection to Confirmation of Debtor's Chapter 13 Plan filed by Citizens Bank, N.A. and upon statements of counsel, the evidence and law:

    This Court FINDS the Citizens Bank, N.A., Movant herein, is a creditor of the estate by virtue of a certain Retail Installment Contract with the Debtor, secured by 2014 Dodge Ram 1500, VIN: 3C6TRVB66EE106601. That the Movant has not been adequately protected and that Debtor's Plan does not provide adequate protection of Movant's secured interest.

    IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Citizens Bank, N.A., be and is hereby granted relief from the Automatic Stay to take the necessary steps to repossess and liquidate its collateral referenced herein. That Debtor wishes to surrender Movant's collateral, more specifically described as one 2014 Dodge Ram 1500, VIN: 3C6TRVB66EE106601. That the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1978 (The Code), 11 U.S.C. Section 362, is modified to allow the above-captioned Movant to exercise any and all of its remedies under its loan documentation and under state law to proceed with repossession and sale of one 2014 Dodge Ram 1500, VIN: 3C6TRVB66EE106601.

_____
Honorable Jean K Fitzsimon
United States Bankruptcy Judge

| | | |
|---|---|---|
| /s/ Nathalie Paul | /s/ | /s/ Polly A. Langdon |
| Attorney for Movant<br>Nathalie Paul, PA Bar No. 309118<br>170 S. Independence Mall W., Suite 874W<br>Philadelphia, PA 19106 | Attorney For Debtor<br>Tova Weiss<br>648 2nd Street Pike<br>Southampton, PA 18966-3941 | For Trustee Scott F. Waterman<br>2901 St Lawrence Street<br>Ste 100<br>Reading, PA 19606-2265 |