IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>KOSTYANTYN BUGARENKO,<br><br>   Debtor,<br><br>SHEFFIELD FINANCIAL,<br><br>   Movant,<br><br>      v.<br><br>KOSTYANTYN BUGARENKO, and SCOTT F. WATERMAN,<br><br>   Respondents. | Bankruptcy No. 19-11270-jkf<br><br>Chapter 13<br><br>Document No. |

## CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the June 16, 2020, I served copies of the Motion for Relief from the Automatic Stay and Notice of Hearing on Motion upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronic mail, at the following addresses:

| | |
|---|---|
| Kostyantyn Bugarenko<br>60 Princeton Road<br>Huntingdon Valley, PA 19006 | Tova Weiss<br>Blitshtein & Weiss, P.C.<br>648 2nd Street Pike<br>Southampton, PA 18966 |

| | |
|---|---|
| Scott F. Waterman<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | Office of the U.S. Trustee<br>200 Chestnut Street<br>Suite 502<br>Philadelphia, PA 19106 |

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
707 Grant Street
Suite 2200, Gulf Tower
Pittsburgh, PA 15219
Phone (412) 456-8112
Fax (412) 456-8135