# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re **Kostyantyn Bugarenko**      Case No. **19-11270**
Debtor(s)      Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **July 2, 2020**, a copy of Amended Chapter 13 Plan was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**American Express**
**Capital One**
**Chase**
**Citizen One Bank**
**Citizens Bank**
**Department Stores nation Bank c/o Quantum3 Group**
**Discover**
**Gary M. Perkiss, P.C.**
**LVNV Funding LLC**
**Pennsylvania Department of Revenue**
**Portfolio Recovery Asociates**
**Riley Sales, Inc.**
**Sheffield Financial**
**Toyota Motor Credit**
**Trustee Waterman**
**U.S. Trustee**

/s/ Tova Weiss
**Tova Weiss**
**Blitshtein & Weiss**
**648 2nd Street Pike**
**Southampton, PA 18966**
**215-364-4900 Fax:215-364-8050**
**weiss@lawyersbw.com**