# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Kostyantyn Bugarenko**                                                                 Case No.  **19-11270**
                                          Debtor(s)                                              Chapter  **13**

### **ORDER**

AND NOW, on this _____ day of _____, 2020, upon consideration of the Application for Compensation, notice, opportunity for hearing, and certification of no objection, counsel fees to Tova Weiss, Esquire, are allowed in the following amounts:

    Total Fee Award………………………………………………….$4,600.00
    Court costs already paid:……………………………………………$310.00
    Total Expense(s) cost……………………………………………….$0
    Attorney Fee already paid by Debtor……………………………….$2,190.00
    Net Amount to be Paid by Trustee……………………………...……….$2,410.00

The net amount is to be paid by the Trustee to Tova Weiss, Esquire, from available funds in the Debtor's estate.

                                  BY THE COURT:

                                  _____
                                              J.