IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br><br> KOSTYANTYN BUGARENKO, <br><br>    Debtor, <br><br> SHEFFIELD FINANCIAL, <br><br>    Movant, <br><br>    v. <br><br> KOSTYANTYN BUGARENKO, and <br> SCOTT F. WATERMAN, <br><br>    Respondents. | Bankruptcy No. 19-11270-AMC <br><br> Chapter 13 <br><br> Document No. |

ORDER OF COURT

AND NOW, this ___ day of _____, 2020, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

a. Relief from the Automatic Stay is granted as to the interest of Sheffield Financial in the 2017 Sea Doo Spark 2UP VIN # YDV64982L617, the 2017 Sea Doo Spark 3UP VIN# YDV72774C717, and the 2017 Sea Lion PWC Trailer VIN# 45LBS1110H2099292.

b. The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order

BY THE COURT:

_____
Honorable Ashely M. Chan
U.S. Bankruptcy Court Judge

**Date: July 15, 2020**