United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                               Case No. 19-11270-amc
Kostyantyn Bugarenko                                                 Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore            Page 1 of 1              Date Rcvd: Jul 15, 2020
                              Form ID: pdf900            Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2020.
db          +Kostyantyn Bugarenko,    60 Princeton Road,    Huntingdon Valley, PA 19006-1227
nof         +Tatyana Bugarenko,    60 Princeton Road,    Huntingdon Valley, PA 19006-1227

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: megan.harper@phila.gov Jul 16 2020 05:16:18     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 16 2020 05:16:02
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 16 2020 05:16:15     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            E-mail/PDF: resurgentbknotifications@resurgent.com Jul 16 2020 05:29:02     LVNV Funding LLC,
               PO Box 10587,    Greenville, SC  29603-0587
cr           +E-mail/Text: debott@rileysales.com Jul 16 2020 05:16:16     Riley Sales, Inc.,
               1719 Romano Drive,    Plymouth Meeting, PA 19462-2821
cr           +E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2020 05:27:57     Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 6

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2020                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2020 at the address(es) listed below:
      GARY M. PERKISS    on behalf of Creditor    Riley Sales, Inc. gperkiss@perkiss.com
      KERI P EBECK    on behalf of Creditor    Sheffield Financial kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
      MARY F. KENNEDY     on behalf of Creditor    Citizens Bank, N.A. f/k/a RBS Citizens, N.A.
                mary@javardianlaw.com, angie.harrigan@javardianlaw.com
      NATHALIE  PAUL    on behalf of Creditor    Citizens Bank, N.A. f/k/a RBS Citizens, N.A.
                npaul@weltman.com, pitecf@weltman.com
      POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
      REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
                bkgroup@kmllawgroup.com
      SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
      TOVA  WEISS    on behalf of Debtor Kostyantyn  Bugarenko weiss@lawyersbw.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>KOSTYANTYN BUGARENKO,<br><br>    Debtor,<br><br>SHEFFIELD FINANCIAL,<br><br>    Movant,<br><br>    v.<br><br>KOSTYANTYN BUGARENKO, and SCOTT F. WATERMAN,<br><br>    Respondents. | Bankruptcy No. 19-11270-AMC<br><br>Chapter 13<br><br>Document No. |

ORDER OF COURT

AND NOW, this ___ day of _____, 2020, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

a. Relief from the Automatic Stay is granted as to the interest of Sheffield Financial in the 2017 Sea Doo Spark 2UP VIN # YDV64982L617, the 2017 Sea Doo Spark 3UP VIN# YDV72774C717, and the 2017 Sea Lion PWC Trailer VIN# 45LBS1110H2099292.

b. The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order

BY THE COURT:

**Date: July 15, 2020**

_____
Honorable Ashely M. Chan
U.S. Bankruptcy Court Judge