| | |
|---|---|
| **Fill in this information to identify the case:** | |

Debtor 1          **Kostyantyn Bugarenko**
                  First Name                    Middle Name                    Last Name

Debtor 2          _____
(Spouse, if filing)   First Name                    Middle Name                    Last Name

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number    **19-11270**                                          Chapter   **13**
  (if known)