# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re **Kostyantyn Bugarenko**                                          Case No. **19-11270**
                           Debtor(s)                                    Chapter **13**

### ORDER

AND NOW, on this _____ day of _____, 2020, upon consideration of the Application for Compensation, notice, opportunity for hearing, and certification of no objection, counsel fees to Tova Weiss, Esquire, are allowed in the following amounts:

Total Fee Award…………………………………………………….$4,600.00
Court costs already paid:……………………………………………$310.00
Total Expense(s) cost……………………………………………….$0
Attorney Fee already paid by Debtor……………………………….$2,190.00
Net Amount to be Paid by Trustee…………………………....……..$2,410.00

The net amount is to be paid by the Trustee to Tova Weiss, Esquire, from available funds in the Debtor's estate.

BY THE COURT:

**Date: August 13, 2020**

_____
J.