United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kostyantyn Bugarenko  
    Debtor

Case No. 19-11270-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: JEGilmore      Page 1 of 1      Date Rcvd: Aug 13, 2020  
                   Form ID: pdf900      Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2020.
```
db          +Kostyantyn Bugarenko,   60 Princeton Road,   Huntingdon Valley, PA 19006-1227
nof         +Tatyana Bugarenko,   60 Princeton Road,   Huntingdon Valley, PA 19006-1227
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Aug 14 2020 05:14:48      City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 14 2020 05:14:21
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 14 2020 05:14:45      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              E-mail/PDF: resurgentbknotifications@resurgent.com Aug 14 2020 05:17:21      LVNV Funding LLC,
                 PO Box 10587,   Greenville, SC  29603-0587
cr             +E-mail/Text: debott@rileysales.com Aug 14 2020 05:14:46      Riley Sales, Inc.,
                 1719 Romano Drive,   Plymouth Meeting, PA 19462-2821
cr             +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2020 05:17:10      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 6

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2020                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2020 at the address(es) listed below:
```
              GARY M. PERKISS    on behalf of Creditor    Riley Sales, Inc. gperkiss@perkiss.com
              KERI P EBECK    on behalf of Creditor    Sheffield Financial kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              MARY F. KENNEDY    on behalf of Creditor    Citizens Bank, N.A. f/k/a RBS Citizens, N.A.
               mary@javardianlaw.com, angie.harrigan@javardianlaw.com
              NATHALIE PAUL    on behalf of Creditor    Citizens Bank, N.A. f/k/a RBS Citizens, N.A.
               npaul@weltman.com, pitecf@weltman.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              TOVA WEISS    on behalf of Debtor Kostyantyn Bugarenko weiss@lawyersbw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10
```

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re **Kostyantyn Bugarenko**  
Debtor(s)

Case No. **19-11270**  
Chapter **13**

### ORDER

AND NOW, on this _____ day of _____, 2020, upon consideration of the Application for Compensation, notice, opportunity for hearing, and certification of no objection, counsel fees to Tova Weiss, Esquire, are allowed in the following amounts:

Total Fee Award……………………………………………………….$4,600.00  
Court costs already paid:………………………………………………$310.00  
Total Expense(s) cost………………………………………………….$0  
Attorney Fee already paid by Debtor……………………………….$2,190.00  
Net Amount to be Paid by Trustee…………………………......………..$2,410.00

The net amount is to be paid by the Trustee to Tova Weiss, Esquire, from available funds in the Debtor's estate.

BY THE COURT:

_____  
J.

**Date: August 13, 2020**