Office Mailing Address:                                                          Send Payments **ONLY** to:
Scott F. Waterman, Trustee                                                       Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100                                             P.O. Box 680
Reading, PA  19606                                                              Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 19-11270-AMC**

KOSTYANTYN BUGARENKO                                     Petition Filed Date: 03/01/2019
60 PRINCETON ROAD                                       341 Hearing Date: 06/14/2019
HUNTINGDON VALLEY  PA     19006                         Confirmation Date:

Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/05/2019 | $200.00 | 17966123302 | 06/05/2019 | $500.00 | 17966123301 | 07/15/2019 | $700.00 | 311365 |
| 08/05/2019 | $700.00 | 311551 | 09/10/2019 | $311.41 | 17835271438 | 10/09/2019 | $311.41 | 311775 |
| 11/13/2019 | $311.41 | 17686261705 | 12/10/2019 | $311.42 | 17909812609 | 01/15/2020 | $311.41 | 19050406148 |
| 02/11/2020 | $311.41 | 19050405244 | 03/09/2020 | $311.41 | 19078152348 | 04/13/2020 | $330.00 | 19078151954 |
| 05/19/2020 | $330.00 | 312485 | 06/11/2020 | $217.18 | 17686260596 | 07/13/2020 | $217.18 | 19118779584 |
| 08/12/2020 | $217.18 | 19078151565 | | | | | | |

**Total Receipts for the Period: $5,591.42  Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $5,591.42**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| | | | | | |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,591.42 | Current Monthly Payment: | $248.33 |
| Paid to Claims: | $0.00 | Arrearages: | ($836.58) |
| Paid to Trustee: | $534.84 | Total Plan Base: | $15,433.03 |
| Funds on Hand: | $5,056.58 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/**
  **for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.