### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Kostyantyn Bugarenko

                Debtor(s)

Toyota Motor Credit Corporation

                v.

Kostyantyn Bugarenko

                Debtor

Tatyanna Bugarenko

                Co-Debtor

Scott Waterman

                Trustee

Chapter 13

NO. 19-11270 AMC

### ORDER

AND NOW, this          day of                    , 2020 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on   it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Toyota Motor Credit Corporation and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 2016 Toyota Sequoia, VIN: 5TDJY5G16GS145043 .

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: January 20, 2021**

_____

United States Bankruptcy Judge.

cc: See attached service list

Kostyantyn Bugarenko
60 Princeton Road
Huntingdon Valley, PA 19006

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Tova Weiss Esquire
Blitshtein & Weiss, P.C.
648 2nd Street Pike
Southampton, PA 18966

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532