United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-11270-amc |
| Kostyantyn Bugarenko | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 20, 2021 | Form ID: pdf900 | Total Noticed: 9 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kostyantyn Bugarenko, 60 Princeton Road, Huntingdon Valley, PA 19006-1227 |
| nof | + | Tatyana Bugarenko, 60 Princeton Road, Huntingdon Valley, PA 19006-1227 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 21 2021 04:54:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 21 2021 04:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 21 2021 04:54:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jan 21 2021 04:54:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 21 2021 03:21:33 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: debott@rileysales.com | Jan 21 2021 04:54:00 | Riley Sales, Inc., 1719 Romano Drive, Plymouth Meeting, PA 19462-2821 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jan 21 2021 03:27:12 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0313-2     User: admin     Page 2 of 2
Date Rcvd: Jan 20, 2021     Form ID: pdf900     Total Noticed: 9

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2021     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| GARY M. PERKISS | on behalf of Creditor Riley Sales Inc. gperkiss@perkiss.com |
| KERI P EBECK | on behalf of Creditor Sheffield Financial kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| MARY F. KENNEDY | on behalf of Creditor Citizens Bank  N.A. f/k/a RBS Citizens, N.A. mary@javardianlaw.com, angie.harrigan@javardianlaw.com |
| NATHALIE PAUL | on behalf of Creditor Citizens Bank  N.A. f/k/a RBS Citizens, N.A. npaul@weltman.com, pitecf@weltman.com |
| POLLY A. LANGDON | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| TOVA WEISS | on behalf of Debtor Kostyantyn Bugarenko weiss@lawyersbw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Kostyantyn Bugarenko<br>　　　　　　Debtor(s)<br><br>Toyota Motor Credit Corporation<br>　　　　　v.<br>Kostyantyn Bugarenko<br>　　　　　　Debtor<br><br>Tatyanna Bugarenko<br>　　　　　　Co-Debtor<br><br>Scott Waterman<br>　　　　　　Trustee | Chapter 13<br><br><br>NO. 19-11270 AMC |

**ORDER**

AND NOW, this ___ day of _____, 2020 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on   it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Toyota Motor Credit Corporation and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 2016 Toyota Sequoia, VIN: 5TDJY5G16GS145043 .

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

Date: January 20, 2021

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list

Kostyantyn Bugarenko
60 Princeton Road
Huntingdon Valley, PA 19006

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Tova Weiss Esquire
Blitshtein & Weiss, P.C.
648 2nd Street Pike
Southampton, PA 18966

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532