**Fill in this information to identify the case:**

Debtor 1: Kostyantyn Bugarenko

Debtor 2: _____ (Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: 19-11270

Official Form 410S1

# Notice of Mortgage Payment Change                                12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** KeyBank N.A.

**Court claim no.** (if known): n/a

**Last 4 digits** of any number you use to identify the debtor's account: 6 9 1 9

**Date of payment change:** Must be at least 21 days after date of this notice: 02/17/2021

**New total payment:** Principal, interest, and escrow, if any    $ 563.48

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☒ No
   - ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____    New escrow payment: $ _____

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☐ No
   - ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect*.)

   Reason for change: Per contract terms, days in monthly billing cycle varies month-to-month; principal balance, interest and fees change based upon debit/credit transactions

   Current mortgage payment: $ 563.96    New mortgage payment: $ 563.48

Official Form 410S1                    Notice of Mortgage Payment Change                    page 1

| Debtor 1 | Kostyantyn Bugarenko | Case number (*if known*) 19-11270 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Michelle Yakovich                    Date 01/25/2021
Signature

Print: Michelle Yakovich                    Title: Senior Specialist
       First Name   Middle Name   Last Name

Company: KeyBank N.A.

Address: 4910 Tiedeman Road
         Number   Street

         Brooklyn              OH    44144
         City                  State  ZIP Code

Contact phone: 866-325-9723              Email: bk_specialists@keybank.com

UNITED STATES BANKRUPTCY COURT
Eastern District of Pennsylvania (Philadelphia)

| | |
|---|---|
| In Re: Kostyantyn Bugarenko | Case No. 19-11270 |
| | Chapter 13 |
| Debtor(s). | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 25, 2021, I electronically filed a Notice of Mortgage Payment Change with the Clerk of the Bankruptcy Court using the CM/ECF system which sent electronic notification of such filing to the following:

Debtor(s) Attorney
TOVA WEISS


Trustee
SCOTT F. WATERMAN


      And, I hereby certify that I have mailed via the United States Postal Service the Notice of Mortgage Payment Change to the following non CM/ECF participants:

Debtor

Kostyantyn Bugarenko
60 Princeton Road
Huntingdon Valley, PA 19006


/s/Michelle Yakovich_____
Bankruptcy Specialist
KeyBank N.A.