**Fill in this information to identify the case:**

Debtor 1    Kostyantyn Bugarenko _____

Debtor 2
(Spouse, if filing)    _____

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number   19-11270 _____

Official Form 410S1

# Notice of Mortgage Payment Change

**12/15**

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** __KeyBank N.A._____    **Court claim no**. (if known): _n/a_____

**Last 4 digits** of any number you use to identify the debtor's account:    6   9   1   9

**Date of payment change:**
Must be at least 21 days after date of this notice    03/17/2021

**New total payment:**
Principal, interest, and escrow, if any    $ _____572.36

| **Part 1:** | **Escrow Account Payment Adjustment** |
|---|---|

1. **Will there be a change in the debtor's escrow account payment?**

   ☑ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   **Current escrow payment:** $ _____    **New escrow payment:** $ _____

| **Part 2:** | **Mortgage Payment Adjustment** |
|---|---|

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   **Current interest rate:** _____%    **New interest rate:** _____%

   **Current principal and interest payment:** $ _____    **New principal and interest payment:** $ _____

| **Part 3:** | **Other Payment Change** |
|---|---|

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☑ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _Per contract terms, days in monthly billing cycle varies month-to-month; principal balance, interest and fees change based upon debit/credit transactions_

   **Current mortgage payment:** $ _____563.48    **New mortgage payment:** $ _____572.36

Debtor 1    Kostyantyn Bugarenko                                Case number (*if known*) 19-11270
            First Name    Middle Name    Last Name

---

| Part 4: | Sign Here |
| --- | --- |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/Rhianna Ford                                          Date  02/24/2021
    Signature

Print:      Rhianna Ford                                   Title  Senior Specialist
            First Name    Middle Name    Last Name

Company     KeyBank N.A.

Address     4910 Tiedeman Road
            Number          Street

            Brooklyn                    OH      44144
            City                        State   ZIP Code

Contact phone  866-325-9723                                Email  bk_specialists@keybank.com

---

UNITED STATES BANKRUPTCY COURT
Eastern District of Pennsylvania (Philadelphia)

| | |
|---|---|
| In Re: Kostyantyn Bugarenko | Case No. 19-11270 |
| | Chapter 13 |
| Debtor(s). | |

## CERTIFICATE OF SERVICE

I hereby certify that on 02/24/2021, I electronically filed a Notice of Mortgage Payment Change with the Clerk of the Bankruptcy Court using the CM/ECF system which sent electronic notification of such filing to the following:

Debtor(s) Attorney
TOVA WEISS


Trustee
SCOTT F. WATERMAN


And, I hereby certify that I have mailed via the United States Postal Service the Notice of Mortgage Payment Change to the following non CM/ECF participants:


Debtor

Kostyantyn Bugarenko
60 Princeton Road
Huntingdon Valley, PA 19006


/s/Rhianna Ford
Sr Specialist
KeyBank N.A.