**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Kostyantyn Bugarenko |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of Pennsylvania |
| Case number | 19-11270 |

Official Form 410S1

# Notice of Mortgage Payment Change                                                      12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** KeyBank N.A.

**Court claim no.** (if known): n/a

**Last 4 digits** of any number you use to identify the debtor's account: 6 9 1 9

**Date of payment change:**
Must be at least 21 days after date of this notice: 06/17/2021

**New total payment:** $ 534.48
Principal, interest, and escrow, if any

## Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____    New escrow payment: $ _____

## Part 2:  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3:  Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect*.)

   Reason for change: Per contract terms, days in monthly billing cycle varies month-to-month; principal balance, interest and fees change based upon debit/credit transactions

   Current mortgage payment: $ 558.35    New mortgage payment: $ 534.48

Official Form 410S1                    **Notice of Mortgage Payment Change**                    page 1

| Debtor 1 | Kostyantyn Bugarenko | Case number (if known) 19-11270 |
|---|---|---|
| | First Name    Middle Name    Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/Michelle Yakovich                           Date 05/24/2021
Signature

Print:    Michelle Yakovich                      Title  Senior Specialist
          First Name    Middle Name    Last Name

Company   KeyBank N.A.

Address   4910 Tiedeman Road
          Number    Street

          Brooklyn                OH    44144
          City                    State    ZIP Code

Contact phone  866-325-9723        Email  bk_specialists@keybank.com

UNITED STATES BANKRUPTCY COURT
Eastern District of Pennsylvania (Philadelphia)

In Re: Kostyantyn Bugarenko                                  Case No. 19-11270

                                                             Chapter 13
                          Debtor(s).

## CERTIFICATE OF SERVICE

     I hereby certify that on May 24, 2021, I electronically filed a Notice of Mortgage Payment Change with the Clerk of the Bankruptcy Court using the CM/ECF system which sent electronic notification of such filing to the following:

Debtor(s) Attorney
TOVA WEISS


Trustee
SCOTT F. WATERMAN


     And, I hereby certify that I have mailed via the United States Postal Service the Notice of Mortgage Payment Change to the following non CM/ECF participants:


Debtor

Kostyantyn Bugarenko
60 Princeton Road
Huntingdon Valley, PA 19006


                                                                        /s/Michelle Yakovich
                                                                        Bankruptcy Specialist
                                                                        KeyBank N.A.