| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 19-11270-AMC

KOSTYANTYN BUGARENKO
60 PRINCETON ROAD
HUNTINGDON VALLEY  PA    19006

Petition Filed Date: 03/01/2019
341 Hearing Date: 06/14/2019
Confirmation Date: 08/12/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/15/2020 | $311.41 | 19050406148 | 02/11/2020 | $311.41 | 19050405244 | 03/09/2020 | $311.41 | 19078152348 |
| 04/13/2020 | $330.00 | 19078151954 | 05/19/2020 | $330.00 | 312485 | 06/11/2020 | $217.18 | 17686260596 |
| 07/13/2020 | $217.18 | 19118779584 | 08/12/2020 | $217.18 | 19078151565 | 09/14/2020 | $248.33 | |
| 10/13/2020 | $248.33 | | 11/12/2020 | $248.33 | | 12/11/2020 | $248.33 | |
| 01/11/2021 | $248.33 | | 02/11/2021 | $248.33 | | 03/11/2021 | $248.33 | |
| 04/12/2021 | $248.33 | | 05/11/2021 | $248.33 | | | | |

**Total Receipts for the Period:  $4,480.74    Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $7,826.39**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | TOVA WEISS, ESQ | Attorney Fees | $2,410.00 | $2,410.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $3,944.86 | $108.88 | $3,835.98 |
| 2 | RBS CITIZENS NA<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 03P | Priority Crediors | $1,802.32 | $1,802.32 | $0.00 |
| 4 | PA DEPARTMENT OF REVENUE<br>»» 03U | Unsecured Creditors | $192.94 | $0.00 | $192.94 |
| 5 | AMERICAN INFOSOURCE LP<br>»» 004 | Unsecured Creditors | $2,910.31 | $80.33 | $2,829.98 |
| 6 | TOYOTA MOTOR CREDIT CORP<br>»» 005 | Unsecured Creditors | $743.32 | $17.72 | $725.60 |
| 7 | RILEY SALES INC<br>»» 006 | Unsecured Creditors | $30,656.17 | $957.48 | $29,698.69 |
| 8 | SHEFFIELD FINANCIAL<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | TOYOTA MOTOR CREDIT CORP<br>»» 008 | Secured Creditors | $1,104.63 | $1,104.63 | $0.00 |
| 10 | CHASE BANK USA NA<br>»» 009 | Unsecured Creditors | $3,116.19 | $97.33 | $3,018.86 |
| 11 | AMERICAN EXPRESS NATIONAL BANK<br>»» 010 | Unsecured Creditors | $869.70 | $17.47 | $852.23 |
| 12 | AMERICAN EXPRESS NATIONAL BANK<br>»» 011 | Unsecured Creditors | $3,660.97 | $101.05 | $3,559.92 |
| 13 | LVNV FUNDING LLC<br>»» 012 | Unsecured Creditors | $1,326.68 | $26.65 | $1,300.03 |

| | | | | | |
|---|---|---|---|---|---|
| 14 | DEPARTMENT STORE NATIONAL BANK<br>»» 013 | Unsecured Creditors | $229.28 | $0.00 | $229.28 |
| 15 | LVNV FUNDING LLC<br>»» 014 | Unsecured Creditors | $3,469.34 | $95.76 | $3,373.58 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Unsecured Creditors | $1,201.88 | $24.15 | $1,177.73 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 016 | Unsecured Creditors | $3,321.19 | $91.66 | $3,229.53 |
| 18 | CITIZENS BANK NA<br>»» 017 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | TOYOTA MOTOR CREDIT CORP<br>»» 08U | Unsecured Creditors | $5,750.30 | $65.38 | $5,684.92 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,826.39 | Current Monthly Payment: | $248.33 |
| Paid to Claims: | $7,000.81 | Arrearages: | ($588.25) |
| Paid to Trustee: | $706.16 | Total Plan Base: | $15,433.03 |
| Funds on Hand: | $119.42 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.