**Fill in this information to identify the case:**

Debtor 1      Kostyantyn Bugarenko

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the:   Eastern District of Pennsylvania

Case number   19-11270

---

Official Form 410S1

# Notice of Mortgage Payment Change          12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:**   KeyBank N.A.

**Court claim no.** (if known):   n/a

**Last 4 digits** of any number you use to identify the debtor's account:   6 9 1 9

**Date of payment change:**
Must be at least 21 days after date of this notice     01/17/2022

**New total payment:**     $ 526.83
Principal, interest, and escrow, if any

---

### Part 1:    Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:   $ _____          New escrow payment:   $ _____

### Part 2:    Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:   _____%          New interest rate:   _____%

   Current principal and interest payment:   $ _____          New principal and interest payment:   $ _____

### Part 3:    Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change:   Per contract terms, days in monthly billing cycle varies month-to-month; principal balance, interest and fees change based upon debit/credit transactions

   Current mortgage payment:   $ 542.32          New mortgage payment:   $ 526.83

---

Official Form 410S1                    **Notice of Mortgage Payment Change**                    page 1

| Debtor 1 | Kostyantyn Bugarenko | Case number (*if known*) 19-11270 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Christine Banaszak                          Date 12/24/2021
Signature

Print:    Christine Banaszak                     Title   Senior Specialist
          First Name   Middle Name   Last Name

Company:  KeyBank N.A.

Address:  4910 Tiedeman Road
          Number   Street

          Brooklyn                OH       44144
          City                    State    ZIP Code

Contact phone  866-325-9723                      Email   bk_specialists@keybank.com

UNITED STATES BANKRUPTCY COURT
Eastern District of Pennsylvania (Philadelphia)

In Re: Kostyantyn Bugarenko                           Case No. 19-11270

                                                      Chapter 13
                        Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on December 24, 2021, I electronically filed a Notice of Mortgage Payment Change with the Clerk of the Bankruptcy Court using the CM/ECF system which sent electronic notification of such filing to the following:

Debtor(s) Attorney
TOVA WEISS

Trustee
SCOTT F. WATERMAN

And, I hereby certify that I have mailed via the United States Postal Service the Notice of Mortgage Payment Change to the following non CM/ECF participants:

Debtor

Kostyantyn Bugarenko
60 Princeton Road
Huntingdon Valley, PA 19006

/s/Christine Banaszak
Bankruptcy Specialist
KeyBank N.A.