WWR#040364618

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 19-11270 |
| KOSTYANTYN BUGARENKO | CHAPTER 13 |
| | JUDGE ASHELY M CHAN |
| DEBTOR | |

## **NOTICE OF APPEARANCE**

Comes now Weltman, Weinberg and Reis Co., L.P.A., 965 Keynote Circle, Cleveland, OH 44131, and enters its appearance as Agent for the following Creditor in the above-captioned proceedings: CITIZENS BANK, N.A.

Copies of all further communications, pleading, court notices, and other papers should be served on said Agent as Agent of Record.

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA


/s/ Scott D. Fink
Scott D. FInk
Agent for Creditor
965 Keynote Circle
Cleveland, OH 44131
216-739-5644
pitecf@weltman.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Appearance was served: (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **First Class Mail** on January 28, 2022 addressed to:

Kostyantyn Bugarenko, 60 Princeton Rd, Huntingdon Valley, PA 19006

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA


/s/ Scott D. Fink
Scott D. FInk
Agent for Creditor