**Fill in this information to identify the case:**

Debtor 1: Kostyantyn Bugarenko

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: 19-11270

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** KeyBank N.A.

**Court claim no.** (if known): n/a

**Last 4 digits** of any number you use to identify the debtor's account: 6 9 1 9

**Date of payment change:** Must be at least 21 days after date of this notice: 07/17/2022

**New total payment:** $ 524.48
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☑ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____    New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ☑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: Prime Rate Increase

   Current interest rate: 3.99 %    New interest rate: 4.70 %
   Current principal and interest payment: $ 518.47    New principal and interest payment: $ 524.48

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect*.)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Official Form 410S1    Notice of Mortgage Payment Change    page 1

Debtor 1  **Kostyantyn Bugarenko**  
  First Name   Middle Name   Last Name

Case number (*if known*) 19-11270

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Apryl Love  
Signature

Date 06/24/0202

Print: **Apryl Love**  
  First Name   Middle Name   Last Name

Title **Senior Specialist**

Company **KeyBank N.A.**

Address **4910 Tiedeman Road**  
  Number   Street  
**Brooklyn**    **OH**    **44144**  
  City   State   ZIP Code

Contact phone  866-325-9723

Email  bk_specialists@keybank.com

### ELOC Bill Records (ELPB)

```
        LOAN      6919        ELOC PAID BILL RECORDS       06/24/22  08:28:41
K  BUGARENK     DUE DATE 07/17/22    PB    57538.70    SGMT 1ST PMT 07/17/17
SGMT: 01 OF 01   STATUS: A  PLAN CODE: KEOP  SG CURR TYPE: VAR/OPEN  PMT PER 12
--------------------------------------------------------------------------
BILL DUE DATE: 06/17/22   BILL DT: 05/23/22        BILL IND
DATE PD: 06/21/22         AVG DLY BAL:    58,137.69 APR: 03.99000
                                                    EFF APR: 03.99000
MIN PMT         518.47    SUMMARY TABLE:
PRIN            321.45    PREV BAL        58,410.42 BILL METHOD B
INT             197.02    CHGS/FEES             .00 BILLED THRU 05/23/22
ESC                .00    INT CHGS          197.02
LC                 .00    CREDITS           550.27
NSF                .00    CURR BAL        58,057.17
O FEES             .00    D/C ADJ               .00
LIFE               .00
A&H                .00    INDEX RATE     04.00000
MISC               .00    MARGIN RATE    00.05000-



------------------------------------------------------------PF20: PF KEYS---
```

**ELOC Billing Maintenance and Display (ELC3/PG1)**

```
        LOAN      6919      ELOC BILLING MAINT AND DISPLAY      06/24/22 08:30:04
K  BUGARENK     1ST PMT 07/17/17  INV 210/005  TYPE CONV. RES        LOC MAN B
BILL METHOD B   CUR PMT 07/17/22  PB     57538.70   IR 03.99000         GRP EMB
      INT BILLED THRU 06/23/22  INT DUE         .00    PMT PER 12  BILL IND
 SGMT: 01 OF 01  ELOC STATUS: A    ELOC PLAN CODE: KEOP    CURR TYPE: VAR/OPEN
-- Page 1 ----------------------------------------------------------------
ACT: C (A,C,D,L/Z)  LIST/OPT:    (P,U,B/A,D)  NEW BAL:       57,743.52  CONST
DUE DT: 07/17/22 APR: 4.70000  % INDX: 4.7500000  % MRGN: -  .050000 %   ESC
USER ID: 2AB -   BILL DATE: 062322     PRIOR BILLS UNPD    TOTAL AMT DUE
MINIMUM PMT     524.48                             .00           524.48
PRINCIPAL       319.66                             .00           319.66
INTEREST        204.82                             .00           204.82
ESCROW             .00                             .00              .00
LATE CHARGES       .00                             .00              .00
NSF                .00                             .00              .00
OTHER FEES                  .00                    .00              .00
LIFE INSURANCE     .00                             .00              .00
A&H INSURANCE      .00                             .00              .00
MISCELLANEOUS      .00                             .00              .00
OUTPUT OPT: 1    1:UPD ONLY  2:ADD PRT/LOG#       3:LOG ONLY    PF20:PFKEYS
                 4:UPD PRINT 5:UPD DFILE
ACTIVE CH 13 BANKRUPTCY              USES CONSUMER KPLO PMT LOGIC OPTIONS
ELOC ADVANCE STOP = B                2ND MORTGAGE
```

UNITED STATES BANKRUPTCY COURT
Eastern District of Pennsylvania (Philadelphia)

In Re: Kostyantyn Bugarenko          Case No. 19-11270

                                     Chapter 13
            Debtor(s).

## CERTIFICATE OF SERVICE

    I hereby certify that on June 24, 2022, I electronically filed a Notice of Mortgage Payment Change with the Clerk of the Bankruptcy Court using the CM/ECF system which sent electronic notification of such filing to the following:

Debtor(s) Attorney
TOVA WEISS

Trustee
SCOTT F. WATERMAN

    And, I hereby certify that I have mailed via the United States Postal Service the Notice of Mortgage Payment Change to the following non CM/ECF participants:

Debtor

Kostyantyn Bugarenko
60 Princeton Road
Huntingdon Valley, PA 19006

    /s/Apryl Love
    Bankruptcy Specialist
    KeyBank N.A.