**Fill in this information to identify the case:**

Debtor 1: Kostyantyn Bugarenko

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: 19-11270

Official Form 410S1

# Notice of Mortgage Payment Change    AMENDED    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** KeyBank N.A.

**Court claim no.** (if known): n/a

**Last 4 digits** of any number you use to identify the debtor's account: 6 9 1 9

**Date of payment change:** 07/17/2022
Must be at least 21 days after date of this notice

**New total payment:** $ 524.48
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____    New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: Prime Rate Increase

   Current interest rate: 3.99 %    New interest rate: 4.70 %
   Current principal and interest payment: $ 518.47    New principal and interest payment: $ 524.48

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____
   Current mortgage payment: $ _____    New mortgage payment: $ _____

| Debtor 1 | Kostyantyn Bugarenko | Case number (if known) 19-11270 |
|---|---|---|
| | First Name    Middle Name    Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Apryl Love
Signature

Date: 06/24/2022

Print: Apryl Love
First Name    Middle Name    Last Name

Title: Senior Specialist

Company: KeyBank N.A.

Address: 4910 Tiedeman Road
Number    Street

Brooklyn    OH    44144
City    State    ZIP Code

Contact phone: 866-325-9723

Email: bk_specialists@keybank.com

## ELOC Bill Records (ELPB)

```
       LOAN      6919        ELOC PAID BILL RECORDS       06/24/22  08:28:41
K  BUGARENK     DUE DATE 07/17/22    PB    57538.70   SGMT 1ST PMT 07/17/17
SGMT: 01 OF 01   STATUS: A  PLAN CODE: KEOP  SG CURR TYPE: VAR/OPEN  PMT PER 12
-------------------------------------------------------------------------
BILL DUE DATE: 06/17/22   BILL DT: 05/23/22         BILL IND
DATE PD: 06/21/22         AVG DLY BAL:    58,137.69  APR: 03.99000
                                                     EFF APR: 03.99000
MIN PMT          518.47   SUMMARY TABLE:
PRIN             321.45   PREV BAL       58,410.42  BILL METHOD B
INT              197.02   CHGS/FEES            .00  BILLED THRU 05/23/22
ESC                 .00   INT CHGS         197.02
LC                  .00   CREDITS          550.27
NSF                 .00   CURR BAL      58,057.17
O FEES              .00   D/C ADJ              .00
LIFE                .00
A&H                 .00   INDEX RATE     04.00000
MISC                .00   MARGIN RATE    00.05000-



-------------------------------------------------------------PF20: PF KEYS---
```

### ELOC Billing Maintenance and Display (ELC3/PG1)

```
       LOAN       6919      ELOC BILLING MAINT AND DISPLAY      06/24/22  08:30:04
K  BUGARENK      1ST PMT 07/17/17  INV 210/005  TYPE CONV. RES        LOC MAN B
BILL METHOD B    CUR PMT 07/17/22  PB    57538.70  IR 03.99000         GRP EMB
       INT BILLED THRU 06/23/22  INT DUE        .00    PMT PER 12  BILL IND
  SGMT: 01 OF 01   ELOC STATUS: A    ELOC PLAN CODE: KEOP   CURR TYPE: VAR/OPEN
-- Page 1 -----------------------------------------------------------------
ACT: C (A,C,D,L/Z)  LIST/OPT:    (P,U,B/A,D) NEW BAL:         57,743.52  CONST
DUE DT: 07/17/22 APR: 4.70000  % INDX: 4.7500000  % MRGN: -  .050000  %   ESC
USER ID: 2AB -    BILL DATE: 062322     PRIOR BILLS UNPD    TOTAL AMT DUE
MINIMUM PMT     524.48                              .00          524.48
PRINCIPAL       319.66                              .00          319.66
INTEREST        204.82                              .00          204.82
ESCROW             .00                              .00             .00
LATE CHARGES       .00                              .00             .00
NSF                .00                              .00             .00
OTHER FEES                    .00                   .00             .00
LIFE INSURANCE     .00                              .00             .00
A&H INSURANCE      .00                              .00             .00
MISCELLANEOUS      .00                              .00             .00
OUTPUT OPT: 1   1:UPD ONLY  2:ADD PRT/LOG#       3:LOG ONLY    PF20:PFKEYS
                4:UPD PRINT 5:UPD DFILE
ACTIVE CH 13 BANKRUPTCY              USES CONSUMER KPLO PMT LOGIC OPTIONS
ELOC ADVANCE STOP = B                2ND MORTGAGE
```

UNITED STATES BANKRUPTCY COURT
Eastern District of Pennsylvania (Philadelphia)

In Re: Kostyantyn Bugarenko          Case No. 19-11270

                                     Chapter 13
              Debtor(s).

## CERTIFICATE OF SERVICE

      I hereby certify that on June 24, 2022, I electronically filed a Notice of Mortgage Payment Change with the Clerk of the Bankruptcy Court using the CM/ECF system which sent electronic notification of such filing to the following:

Debtor(s) Attorney
TOVA WEISS

Trustee
SCOTT F. WATERMAN

      And, I hereby certify that I have mailed via the United States Postal Service the Notice of Mortgage Payment Change to the following non CM/ECF participants:

Debtor

Kostyantyn Bugarenko
60 Princeton Road
Huntingdon Valley, PA 19006

                                                        /s/Apryl Love
                                                        Bankruptcy Specialist
                                                        KeyBank N.A.