| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-11270-AMC

KOSTYANTYN BUGARENKO  
60 PRINCETON ROAD  
HUNTINGDON VALLEY  PA    19006

Petition Filed Date: 03/01/2019  
341 Hearing Date: 06/14/2019  
Confirmation Date: 08/12/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/12/2021 | $248.33 | | 05/11/2021 | $248.33 | | 06/11/2021 | $248.33 | |
| 07/13/2021 | $248.33 | | 08/11/2021 | $248.33 | | 09/14/2021 | $248.33 | |
| 10/12/2021 | $248.33 | | 11/12/2021 | $248.33 | | 12/13/2021 | $248.33 | |
| 01/11/2022 | $248.33 | | 02/11/2022 | $248.33 | | 03/11/2022 | $248.33 | |
| 04/11/2022 | $248.33 | | 05/11/2022 | $248.33 | | 06/13/2022 | $248.33 | |
| 07/12/2022 | $248.33 | | | | | | | |

**Total Receipts for the Period: $3,973.28    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $11,303.01**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | TOVA WEISS, ESQ | Attorney Fees | $2,410.00 | $2,410.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $3,944.86 | $312.38 | $3,632.48 |
| 2 | RBS CITIZENS NA<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 03P | Priority Crediors | $1,802.32 | $1,802.32 | $0.00 |
| 4 | PA DEPARTMENT OF REVENUE<br>»» 03U | Unsecured Creditors | $192.94 | $15.30 | $177.64 |
| 5 | AMERICAN INFOSOURCE LP<br>»» 004 | Unsecured Creditors | $2,910.31 | $230.50 | $2,679.81 |
| 6 | TOYOTA MOTOR CREDIT CORP<br>»» 005 | Unsecured Creditors | $743.32 | $50.57 | $692.75 |
| 7 | RILEY SALES INC<br>»» 006 | Unsecured Creditors | $30,656.17 | $2,541.69 | $28,114.48 |
| 8 | SHEFFIELD FINANCIAL<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | TOYOTA MOTOR CREDIT CORP<br>»» 008 | Secured Creditors | $1,104.63 | $1,104.63 | $0.00 |
| 10 | CHASE BANK USA NA<br>»» 009 | Unsecured Creditors | $3,116.19 | $258.31 | $2,857.88 |
| 11 | AMERICAN EXPRESS NATIONAL BANK<br>»» 010 | Unsecured Creditors | $869.70 | $65.65 | $804.05 |
| 12 | AMERICAN EXPRESS NATIONAL BANK<br>»» 011 | Unsecured Creditors | $3,660.97 | $289.95 | $3,371.02 |
| 13 | LVNV FUNDING LLC<br>»» 012 | Unsecured Creditors | $1,326.68 | $105.08 | $1,221.60 |

**Chapter 13 Case No. 19-11270-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 14 | DEPARTMENT STORE NATIONAL BANK<br>»» 013 | Unsecured Creditors | $229.28 | $15.57 | $213.71 |
| 15 | LVNV FUNDING LLC<br>»» 014 | Unsecured Creditors | $3,469.34 | $274.78 | $3,194.56 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Unsecured Creditors | $1,201.88 | $95.16 | $1,106.72 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 016 | Unsecured Creditors | $3,321.19 | $263.03 | $3,058.16 |
| 18 | CITIZENS BANK NA<br>»» 017 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | TOYOTA MOTOR CREDIT CORP<br>»» 08U | Unsecured Creditors | $5,750.30 | $368.62 | $5,381.68 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,303.01 | Current Monthly Payment: | $248.33 |
| Paid to Claims: | $10,203.54 | Arrearages: | ($588.25) |
| Paid to Trustee: | $1,004.18 | Total Plan Base: | $15,433.03 |
| Funds on Hand: | $95.29 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.