**Fill in this information to identify the case:**

Debtor 1  Kostyantyn Bugarenko

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number  19-11270

---

Official Form 410S1

# Notice of Mortgage Payment Change         12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** KeyBank N.A.

**Court claim no.** (if known): n/a

**Last 4 digits** of any number you use to identify the debtor's account:  6 9 1 9

**Date of payment change:**
Must be at least 21 days after date of this notice    09/17/2022

**New total payment:** $ 583.30
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____    New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: Prime Rate Change

   Current interest rate: 4.70 %        New interest rate: 5.45 %
   Current principal and interest payment: $ 532.50    New principal and interest payment: $ 583.30

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

| Debtor 1 | Kostyantyn Bugarenko | Case number (*if known*) 19-11270 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Elliott R Spirakus
Signature

Date 08/24/2022

Print: Elliott R Spirakus
First Name   Middle Name   Last Name

Title: Senior Specialist

Company: KeyBank N.A.

Address: 4910 Tiedeman Road
Number   Street

Brooklyn   OH   44144
City   State   ZIP Code

Contact phone: 866-325-9723

Email: bk_specialists@keybank.com

**ELOC Bill Records (ELPB)**

```
     LOAN       6919      ELOC PAID BILL RECORDS        08/24/22  09:05:17
K  BUGARENK    DUE DATE 09/17/22   PB    56901.16  SGMT 1ST PMT 07/17/17
SGMT: 01 OF 01  STATUS: A  PLAN CODE: KEOP  SG CURR TYPE: VAR/OPEN  PMT PER 12
-------------------------------------------------------------------------
BILL DUE DATE: 08/17/22  BILL DT: 07/22/22        BILL IND
DATE PD: 08/19/22        AVG DLY BAL:   57,472.56  APR: 04.70000
                                                   EFF APR: 04.70000
MIN PMT         532.50   SUMMARY TABLE:
PRIN            317.88   PREV BAL       57,743.52  BILL METHOD B
INT             214.62   CHGS/FEES            .00  BILLED THRU 07/22/22
ESC                .00   INT CHGS        214.62
LC                 .00   CREDITS         524.48
NSF                .00   CURR BAL      57,433.66
O FEES             .00   D/C ADJ              .00
LIFE               .00
A&H                .00   INDEX RATE     04.75000
MISC               .00   MARGIN RATE    00.05000-


------------------------------------------------------------PF20: PF KEYS---
```

### ELOC Billing Maintenance and Display (ELC3/PG1)

```
        LOAN      6919       ELOC BILLING MAINT AND DISPLAY     08/24/22  09:00:49
K  BUGARENK        1ST PMT 07/17/17   INV 210/005   TYPE CONV. RES         LOC MAN B
BILL METHOD B    CUR PMT 09/17/22   PB      56901.16   IR 04.70000         GRP FFW
       INT BILLED THRU 08/23/22  INT DUE        .00    PMT PER 12   BILL IND
 SGMT: 01 OF 01   ELOC STATUS: A    ELOC PLAN CODE: KEOP    CURR TYPE: VAR/OPEN
 -- Page 1 -------------------------------------------------------------
 ACT: C (A,C,D,L/Z)   LIST/OPT:    (P,U,B/A,D)  NEW BAL:         57,168.34   CONST
 DUE DT: 09/17/22  APR: 5.45000  % INDX: 5.5000000  % MRGN: -  .050000 %    ESC
 USER ID: 2AB -   BILL DATE: 082322    PRIOR BILLS UNPD    TOTAL AMT DUE
  MINIMUM PMT      583.30                       .00             583.30
  PRINCIPAL        316.12                       .00             316.12
  INTEREST         267.18                       .00             267.18
  ESCROW             .00                        .00                .00
  LATE CHARGES       .00                        .00                .00
  NSF                .00                        .00                .00
  OTHER FEES              .00                   .00                .00
  LIFE INSURANCE     .00                        .00                .00
  A&H INSURANCE      .00                        .00                .00
  MISCELLANEOUS      .00                        .00                .00
  OUTPUT OPT: 1   1:UPD ONLY  2:ADD PRT/LOG#       3:LOG ONLY    PF20:PFKEYS
                  4:UPD PRINT 5:UPD DFILE
  ACTIVE CH 13 BANKRUPTCY            USES CONSUMER KPLO PMT LOGIC OPTIONS
  ELOC ADVANCE STOP = B              2ND MORTGAGE
```

UNITED STATES BANKRUPTCY COURT
Eastern District of Pennsylvania (Philadelphia)

In Re: Kostyantyn Bugarenko                                  Case No. 19-11270

                                                             Chapter 13
                                Debtor(s).

### CERTIFICATE OF SERVICE

I hereby certify that on 8/24/2022, I electronically filed a Notice of Mortgage Payment Change with the Clerk of the Bankruptcy Court using the CM/ECF system which sent electronic notification of such filing to the following:

Debtor(s) Attorney
TOVA WEISS

Trustee
SCOTT F. WATERMAN

And, I hereby certify that I have mailed via the United States Postal Service the Notice of Mortgage Payment Change to the following non CM/ECF participants:

Debtor
Kostyantyn Bugarenko
60 Princeton Road
Huntingdon Valley, PA 19006

/s/Elliott R Spirakus
Bankruptcy Specialist
KeyBank N.A.