**Fill in this information to identify the case:**

Debtor 1  Kostyantyn Bugarenko

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number  19-11270

Official Form 410S1

# Notice of Mortgage Payment Change                12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** KeyBank N.A.

**Court claim no.** (if known): n/a

**Last 4 digits** of any number you use to identify the debtor's account: 6 9 1 9

**Date of payment change:**
Must be at least 21 days after date of this notice: 10/17/2022

**New total payment:** $ 579.78
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____    New escrow payment: $ _____

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: Prime Rate Change

   Current interest rate: 5.45 %    New interest rate: 6.20 %

   Current principal and interest payment: $ 583.30    New principal and interest payment: $ 579.78

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

| Debtor 1 | Kostyantyn Bugarenko | | | Case number (*if known*) 19-11270 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Part 4:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Elliott R Spirakus                                        Date  09/26/2022
Signature

| Print: | Elliott R Spirakus | | | Title | Senior Specialist |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

Company    KeyBank N.A.

| Address | 4910 | Tiedeman Road | | |
|---|---|---|---|---|
| | Number | Street | | |
| | Brooklyn | | OH | 44144 |
| | City | | State | ZIP Code |

Contact phone   866-325-9723                                  Email  bk_specialists@keybank.com

**ELOC Bill Records (ELPB)**

```
        LOAN       6919        ELOC PAID BILL RECORDS          09/26/22  09:10:18
K  BUGARENK      DUE DATE 10/17/22    PB    56585.04   SGMT 1ST PMT 07/17/17
SGMT: 01 OF 01   STATUS: A  PLAN CODE: KEOP  SG CURR TYPE: VAR/OPEN   PMT PER 12
--------------------------------------------------------------------------------
BILL DUE DATE: 09/17/22   BILL DT: 08/23/22          BILL IND
DATE PD: 09/20/22         AVG DLY BAL:      57,149.50  APR: 05.45000
                                                       EFF APR: 05.45000
MIN PMT          583.30   SUMMARY TABLE:
PRIN             316.12   PREV BAL       57,433.66    BILL METHOD B
INT              267.18   CHGS/FEES            .00    BILLED THRU 08/23/22
ESC                 .00   INT CHGS          267.18
LC                  .00   CREDITS           532.50
NSF                 .00   CURR BAL       57,168.34
O FEES              .00   D/C ADJ              .00
LIFE                .00
A&amp;H              .00   INDEX RATE     05.50000
MISC                .00   MARGIN RATE    00.05000-


----------------------------------------------------------PF20: PF KEYS---
```

**ELOC Billing Maintenance and Display (ELC3/PG1)**

```
         LOAN      6919     ELOC BILLING MAINT AND DISPLAY     09/26/22  09:09:31
  K  BUGARENK        1ST PMT 07/17/17   INV 210/005   TYPE CONV. RES        LOC MAN B
  BILL METHOD B    CUR PMT 10/17/22   PB    56585.04    IR 05.45000        GRP FFW
          INT BILLED THRU 09/23/22  INT DUE        .00    PMT PER 12  BILL IND
  SGMT: 01 OF 01   ELOC STATUS: A    ELOC PLAN CODE: KEOP    CURR TYPE: VAR/OPEN
  -- Page 1 ----------------------------------------------------------
  ACT: C (A,C,D,L/Z)   LIST/OPT:   (P,U,B/A,D)  NEW BAL:        56,850.46  CONST
  DUE DT: 10/17/22 APR:  6.20000 % INDX:  6.2500000 % MRGN: -  .050000 %    ESC
  USER ID: 2AB -   BILL DATE: 092322    PRIOR BILLS UNPD    TOTAL AMT DUE
  MINIMUM PMT            579.78                 .00            579.78
  PRINCIPAL              314.36                 .00            314.36
  INTEREST               265.42                 .00            265.42
  ESCROW                    .00                 .00               .00
  LATE CHARGES              .00                 .00               .00
  NSF                       .00                 .00               .00
  OTHER FEES                .00                 .00               .00
  LIFE INSURANCE            .00                 .00               .00
  A&amp;H INSURANCE           .00                 .00               .00
  MISCELLANEOUS             .00                 .00               .00
  OUTPUT OPT: 1   1:UPD ONLY  2:ADD PRT/LOG#        3:LOG ONLY     PF20:PFKEYS
                  4:UPD PRINT 5:UPD DFILE
  ACTIVE CH 13 BANKRUPTCY            USES CONSUMER KPLO PMT LOGIC OPTIONS
  ELOC ADVANCE STOP = B              2ND MORTGAGE
```

UNITED STATES BANKRUPTCY COURT
Eastern District of Pennsylvania (Philadelphia)

In Re: Kostyantyn Bugarenko　　　　　　　　　　Case No. 19-11270

　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　　　　　　　　Debtor(s).

## CERTIFICATE OF SERVICE

　　　　I hereby certify that on 9/26/2022, I electronically filed a Notice of Mortgage Payment Change with the Clerk of the Bankruptcy Court using the CM/ECF system which sent electronic notification of such filing to the following:

Debtor(s) Attorney
TOVA WEISS

Trustee
SCOTT F. WATERMAN

　　　　And, I hereby certify that I have mailed via the United States Postal Service the Notice of Mortgage Payment Change to the following non CM/ECF participants:

Debtor
Kostyantyn Bugarenko
60 Princeton Road
Huntingdon Valley, PA 19006

　　　　　　　　　　　　　　　　　　　　　　/s/Elliott R Spirakus
　　　　　　　　　　　　　　　　　　　　　　Bankruptcy Specialist
　　　　　　　　　　　　　　　　　　　　　　KeyBank N.A.