**Fill in this information to identify the case:**

Debtor 1   Kostyantyn Bugarenko

Debtor 2   _____
(Spouse, if filing)

United States Bankruptcy Court for the:  Eastern District of Pennsylvania

Case number   19-11270

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** KeyBank N.A.

**Court claim no.** (if known): n/a

**Last 4 digits** of any number you use to identify the debtor's account:  6 9 1 9

**Date of payment change:**
Must be at least 21 days after date of this notice    12/17/2022

**New total payment:**
Principal, interest, and escrow, if any    $ 650.16

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____    New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: PRIME RATE CHANGE

   Current interest rate: 6.20 %    New interest rate: 6.95 %

   Current principal and interest payment: $ 581.46    New principal and interest payment: $ 650.16

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Debtor 1  Kostyantyn Bugarenko
  First Name   Middle Name   Last Name

Case number (*if known*) 19-11270

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/Doreen Arra
Signature

Date 11/25/2022

Print: Doreen Arra
  First Name   Middle Name   Last Name

Title: Senior Specialist

Company: KeyBank N.A.

Address: 4910 Tiedeman Road
  Number   Street

Brooklyn   OH   44144
City   State   ZIP Code

Contact phone: 866-325-9723

Email: bk_specialists@keybank.com

## History of Rate Change (KRCH)

```
       6919              RATE CHANGE HISTORY            11/25/22  08:45:26
K  BUGARENK    1ST PMT 07/17/17   INV 210/005  TYPE CONV. RES    CNS     MAN B
               CUR PMT 12/17/22   PB     55958.07  IR 06.20000        GRP
PLAN: KEOP CONT TYPE: VAR/OPEN   NEXT CONT: 05/19/32  REM TERM 294  STATUS: A
------------------------------------------------------------------------------
SG: 01 OF 01   DATE RANGE:  __/__/__ TO __/__/__  LIST:
-----------------------* HISTORY OF RATE CHANGE  *----------------------
 BILL DT  EFF DT     IR     IDX CDE  IDX VAL                     SOURCE
 03/22/18 03/22/18  4.70000
 06/18/18 06/14/18  4.95000
 09/27/18 09/27/18  5.20000
 12/20/18 12/20/18  5.45000
 08/19/19 08/01/19  5.20000
 09/19/19 09/19/19  4.95000
 10/31/19 10/31/19  4.70000
 03/18/20 03/04/20  4.20000
 03/18/20 03/16/20  3.99000
 06/23/22 06/16/22  4.70000     PRMD   4.75000                   CNTRL
 08/23/22 07/28/22  5.45000     PRMD   5.50000                   INDEX
 09/23/22 09/22/22  6.20000     PRMD   6.25000                   INDEX

------------------------------------------------------------PF20: PF KEYS--
```

## History of Rate Change (KRCH)

```
        6919                RATE CHANGE HISTORY         11/25/22  08:46:16
K  BUGARENK    1ST PMT 07/17/17   INV 210/005  TYPE CONV. RES    CNS     MAN B
               CUR PMT 12/17/22   PB     55958.07  IR 06.20000        GRP
PLAN: KEOP CONT TYPE: VAR/OPEN   NEXT CONT: 05/19/32  REM TERM 294  STATUS: A
--------------------------------------------------------------------------------
SG: 01 OF 01  DATE RANGE:  __/__/__ TO __/__/__ LIST:
------------------------*  HISTORY OF RATE CHANGE   *-----------------------
 BILL DT  EFF DT    IR     IDX CDE  IDX VAL                         SOURCE
 11/23/22 11/03/22  6.95000   PRMD   7.00000                        INDEX




                    ----------------------------------------------------------------PF20: PF KEYS--
```

UNITED STATES BANKRUPTCY COURT
Eastern District of Pennsylvania (Philadelphia)

In Re: Kostyantyn Bugarenko         Case No. 19-11270

                                    Chapter 13
          Debtor(s).

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 25, 2022, I electronically filed a Notice of Mortgage Payment Change with the Clerk of the Bankruptcy Court using the CM/ECF system which sent electronic notification of such filing to the following:

Debtor(s) Attorney
TOVA WEISS

Trustee
SCOTT F. WATERMAN

      And, I hereby certify that I have mailed via the United States Postal Service the Notice of Mortgage Payment Change to the following non CM/ECF participants:

Debtor

Kostyantyn Bugarenko
60 Princeton Road
Huntingdon Valley, PA 19006

      /s/Doreen Arra
      Bankruptcy Specialist
      KeyBank N.A.