**Fill in this information to identify the case:**

Debtor 1    Kostyantyn Bugarenko

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  Eastern District of Pennsylvania

Case number   19-11270

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor:   KeyBank N.A.

Court claim no. (if known)   n/a

**Last 4 digits** of any number you use to identify the debtor's account:      6   9   1   9

**Date of payment change:**
Must be at least 21 days after date of this notice      01/17/2023

**New total payment:**
Principal, interest, and escrow, if any      $          635.26

---

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1. **Will there be a change in the debtor's escrow account payment?**

   ☑ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:   $ _____       New escrow payment:   $ _____

---

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ☑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:   Prime Rate increase

   Current interest rate:  _____ 6.95 %       New interest rate:  _____ 7.45 %

   Current principal and interest payment: $ _____ 650.16       New principal and interest payment: $ _____ 635.26

---

| Part 3: | Other Payment Change |
|---|---|

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
      (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____       New mortgage payment: $ _____

---

Debtor 1     Kostyantyn Bugarenko
             _____
             First Name    Middle Name    Last Name

Case number *(if known)*  19-11270
                          _____

---

| Part 4: | Sign Here |
|---------|-----------|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑  I am the creditor.

☐  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/Reilly Fiske
_____
Signature

Date  12/27/2022
      _____

Print:   **Reilly Fiske**
         _____
         First Name    Middle Name    Last Name

Title  Senior Specialist
       _____

Company   **KeyBank N.A.**
          _____

Address   **4910 Tiedeman Road**
          _____
          Number        Street

          **Brooklyn**                    **OH**    **44144**
          _____
          City                           State    ZIP Code

Contact phone   866-325-9723
                _____

Email  bk_specialists@keybank.com
       _____

Case 19-11270-amc    Doc 156    Filed 12/27/22    Entered 12/27/22 13:25:27    Desc Main
Document    Page 3 of 4

### History of Rate Change (KRCH)

```
      ██████6919              RATE CHANGE HISTORY           12/27/22  09:16:42
K  BUGARENK      1ST PMT 07/17/17   INV 210/005  TYPE CONV. RES    CNS      MAN B
                 CUR PMT 01/17/23   PB    55646.75  IR 06.95000       GRP
PLAN: KEOP CONT TYPE: VAR/OPEN   NEXT CONT: 05/19/32  REM TERM 293  STATUS: A
--------------------------------------------------------------------------------
SG: 01 OF 01   DATE RANGE: __/__/__ TO __/__/__ LIST:
----------------------* HISTORY OF RATE CHANGE  *------------------------
 BILL DT  EFF DT    IR      IDX CDE  IDX VAL                           SOURCE
11/23/22 11/03/22  6.95000     PRMD   7.00000                         INDEX
12/23/22 12/15/22  7.45000     PRMD   7.50000                         INDEX




                --------------------------------------------------------------PF20: PF KEYS--
```

UNITED STATES BANKRUPTCY COURT
Eastern District of Pennsylvania (Philadelphia)

In Re: Kostyantyn Bugarenko                 Case No. 19-11270

                                            Chapter 13
                          Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2022, I electronically filed a Notice of Mortgage Payment Change with the Clerk of the Bankruptcy Court using the CM/ECF system which sent electronic notification of such filing to the following:

Debtor(s) Attorney
TOVA WEISS


Trustee
SCOTT F. WATERMAN


And, I hereby certify that I have mailed via the United States Postal Service the Notice of Mortgage Payment Change to the following non CM/ECF participants:


Debtor

Kostyantyn Bugarenko
60 Princeton Road
Huntingdon Valley, PA 19006


                                            /s/Reilly Fiske
                                            Bankruptcy Specialist
                                            KeyBank N.A.