**Fill in this information to identify the case:**

Debtor 1    Kostyantyn Bugarenko

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  Eastern District of Pennsylvania

Case number    19-11270

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** KeyBank N.A.

**Court claim no.** (if known): n/a

**Last 4 digits** of any number you use to identify the debtor's account: 6 9 1 9

**Date of payment change:**
Must be at least 21 days after date of this notice    03/17/2023

**New total payment:**    $ 665.91
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____    New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: Prime Rate Change

   Current interest rate: 7.45 %    New interest rate: 7.70 %

   Current principal and interest payment: $ 659.15    New principal and interest payment: $ 665.91

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect*.)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Debtor 1  Kostyantyn Bugarenko         Case number (if known) 19-11270
         First Name  Middle Name  Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Reilly Fiske                                Date  02/24/2023
Signature

Print:  Reilly Fiske                             Title  Senior Specialist
        First Name  Middle Name  Last Name

Company:  KeyBank N.A.

Address:  4910 Tiedeman Road
          Number  Street
          Brooklyn                 OH    44144
          City                     State  ZIP Code

Contact phone  866-325-9723         Email  bk_specialists@keybank.com

History of Rate Change (KRCH)

```
         6919              RATE CHANGE HISTORY        02/24/23 11:00:53
K  BUGARENK      1ST PMT 07/17/17  INV 210/005  TYPE CONV. RES   CNS     MAN B
                 CUR PMT 02/17/23  PB      55337.60  IR 07.45000      GRP
PLAN: KEOP CONT TYPE: VAR/OPEN    NEXT CONT: 05/19/32  REM TERM 292  STATUS: A
--------------------------------------------------------------------------
SG: 01 OF 01   DATE RANGE: __/__/__ TO __/__/__ LIST:
-----------------------*  HISTORY OF RATE CHANGE  *-----------------------
 BILL DT  EFF DT    IR      IDX CDE  IDX VAL                       SOURCE
 11/23/22 11/03/22  6.95000   PRMD   7.00000                        INDEX
 12/23/22 12/15/22  7.45000   PRMD   7.50000                        INDEX
 02/23/23 02/02/23  7.70000   PRMD   7.75000                        INDEX




              ----------------------------------------------------------------PF20: PF KEYS--
```

UNITED STATES BANKRUPTCY COURT
Eastern District of Pennsylvania (Philadelphia)

In Re: Kostyantyn Bugarenko                     Case No. 19-11270

                                                Chapter 13
                        Debtor(s).

## CERTIFICATE OF SERVICE

      I hereby certify that on February 24, 2023, I electronically filed a Notice of Mortgage Payment Change with the Clerk of the Bankruptcy Court using the CM/ECF system which sent electronic notification of such filing to the following:

Debtor(s) Attorney
TOVA WEISS

Trustee
SCOTT F. WATERMAN

      And, I hereby certify that I have mailed via the United States Postal Service the Notice of Mortgage Payment Change to the following non CM/ECF participants:

Debtor

Kostyantyn Bugarenko
60 Princeton Road
Huntingdon Valley, PA 19006

                                        /s/Reilly Fiske
                                        Bankruptcy Specialist
                                        KeyBank N.A.