**Fill in this information to identify the case:**

Debtor 1    Kostyantyn Bugarenko

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number   19-11270

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** KeyBank N.A.

**Court claim no.** (if known): n/a

**Last 4 digits** of any number you use to identify the debtor's account:  6 9 1 9

**Date of payment change:**
Must be at least 21 days after date of this notice    04/17/2023

**New total payment:**
Principal, interest, and escrow, if any    $ 628.16

## Part 1:   Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____    New escrow payment: $ _____

## Part 2:   Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: Prime Rate Change

   Current interest rate: 7.70 %    New interest rate: 7.95 %
   Current principal and interest payment: $ 665.91    New principal and interest payment: $ 628.16

## Part 3:   Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____
   Current mortgage payment: $ _____    New mortgage payment: $ _____

Official Form 410S1    Notice of Mortgage Payment Change    page 1

| Debtor 1 | Kostyantyn Bugarenko | Case number (*if known*) 19-11270 |
|---|---|---|
| | First Name  Middle Name  Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Reilly Fiske
Signature

Date 03/24/2023

Print: **Reilly Fiske**
First Name  Middle Name  Last Name

Title **Senior Specialist**

Company **KeyBank N.A.**

Address **4910 Tiedeman Road**
Number  Street

**Brooklyn**  **OH**  **44144**
City  State  ZIP Code

Contact phone 866-325-9723

Email bk_specialists@keybank.com

History of Rate Change (KRCH)

```
        ▇▇▇▇▇▇6919              RATE CHANGE HISTORY          03/24/23  08:28:27
K  BUGARENK       1ST PMT 07/17/17    INV 210/005  TYPE CONV. RES    CNS     MAN B
                  CUR PMT 04/17/23    PB     54722.74  IR 07.70000         GRP
PLAN: KEOP CONT TYPE: VAR/OPEN    NEXT CONT: 05/19/32  REM TERM 290  STATUS: A
--------------------------------------------------------------------------------
SG: 01 OF 01    DATE RANGE:  __/__/__ TO __/__/__  LIST:
-----------------------*  HISTORY OF RATE CHANGE   *-----------------------
  BILL DT  EFF DT     IR     IDX CDE  IDX VAL                          SOURCE
 11/23/22 11/03/22  6.95000    PRMD   7.00000                          INDEX
 12/23/22 12/15/22  7.45000    PRMD   7.50000                          INDEX
 02/23/23 02/02/23  7.70000    PRMD   7.75000                          INDEX
 03/23/23 03/23/23  7.95000    PRMD   8.00000                          INDEX




    -----------------------------------------------------------------PF20: PF KEYS--
```

UNITED STATES BANKRUPTCY COURT
Eastern District of Pennsylvania (Philadelphia)

| | |
|---|---|
| In Re: Kostyantyn Bugarenko | Case No. 19-11270 |
| | Chapter 13 |
| Debtor(s). | |

### CERTIFICATE OF SERVICE

      I hereby certify that on March 24, 2023, I electronically filed a Notice of Mortgage Payment Change with the Clerk of the Bankruptcy Court using the CM/ECF system which sent electronic notification of such filing to the following:

Debtor(s) Attorney
TOVA WEISS

Trustee
SCOTT F. WATERMAN

      And, I hereby certify that I have mailed via the United States Postal Service the Notice of Mortgage Payment Change to the following non CM/ECF participants:

Debtor

Kostyantyn Bugarenko
60 Princeton Road
Huntingdon Valley, PA 19006

      /s/Reilly Fiske
      Bankruptcy Specialist
      KeyBank N.A.