**Fill in this information to identify the case:**

Debtor 1     Kostyantyn Bugarenko

Debtor 2     _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number    19-11270

Official Form 410S1

# Notice of Mortgage Payment Change     12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** KeyBank N.A.     **Court claim no.** (if known): n/a

**Last 4 digits** of any number you use to identify the debtor's account: 6 9 1 9

**Date of payment change:**
Must be at least 21 days after date of this notice     06/17/2023

**New total payment:**     $ 686.70
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____     New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: Prime Rate Change

   Current interest rate: 7.95 %     New interest rate: 8.20 %

   Current principal and interest payment: $ 647.65     New principal and interest payment: $ 686.70

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

| Debtor 1 | Kostyantyn Bugarenko | Case number (*if known*) 19-11270 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/Reilly Fiske
Signature

Date 05/24/2023

Print: Reilly Fiske
First Name   Middle Name   Last Name

Title Senior Specialist

Company KeyBank N.A.

Address 4910 Tiedeman Road
Number      Street

Brooklyn      OH   44144
City         State   ZIP Code

Contact phone 866-325-9723

Email bk_specialists@keybank.com

Official Form 410S1    **Notice of Mortgage Payment Change**    page **2**

History of Rate Change (KRCH)

```
      6919              RATE CHANGE HISTORY         05/24/23  07:55:50
K  BUGARENK    1ST PMT 07/17/17   INV 210/005  TYPE CONV. RES    CNS     MAN B
               CUR PMT 06/17/23   PB    54064.04   IR 07.95000        GRP
PLAN: KEOP CONT TYPE: VAR/OPEN   NEXT CONT: 05/19/32  REM TERM 288  STATUS: A
------------------------------------------------------------------------------
SG: 01 OF 01   DATE RANGE: __/__/__ TO __/__/__ LIST:
------------------------* HISTORY OF RATE CHANGE  *------------------------
 BILL DT  EFF DT     IR     IDX CDE  IDX VAL                          SOURCE
 11/23/22 11/03/22  6.95000    PRMD   7.00000                          INDEX
 12/23/22 12/15/22  7.45000    PRMD   7.50000                          INDEX
 02/23/23 02/02/23  7.70000    PRMD   7.75000                          INDEX
 03/23/23 03/23/23  7.95000    PRMD   8.00000                          INDEX
 05/23/23 05/04/23  8.20000    PRMD   8.25000                          INDEX




 ---------------------------------------------------------------PF20: PF KEYS--
```

UNITED STATES BANKRUPTCY COURT
Eastern District of Pennsylvania (Philadelphia)

In Re: Kostyantyn Bugarenko                Case No. 19-11270

                                           Chapter 13
                    Debtor(s).

## CERTIFICATE OF SERVICE

      I hereby certify that on May 24, 2023, I electronically filed a Notice of Mortgage Payment Change with the Clerk of the Bankruptcy Court using the CM/ECF system which sent electronic notification of such filing to the following:

Debtor(s) Attorney
TOVA WEISS

Trustee
SCOTT F. WATERMAN

      And, I hereby certify that I have mailed via the United States Postal Service the Notice of Mortgage Payment Change to the following non CM/ECF participants:

Debtor

Kostyantyn Bugarenko
60 Princeton Road
Huntingdon Valley, PA 19006

                                    /s/Reilly Fiske
                                    Bankruptcy Specialist
                                    KeyBank N.A.