| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 19-11270-AMC**

KOSTYANTYN BUGARENKO
60 PRINCETON ROAD
HUNTINGDON VALLEY  PA    19006

Petition Filed Date: 03/01/2019
341 Hearing Date: 06/14/2019
Confirmation Date: 08/12/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/11/2022 | $248.33 | | 09/13/2022 | $248.33 | | 10/12/2022 | $248.33 | |
| 11/14/2022 | $248.33 | | 12/12/2022 | $248.33 | | 01/11/2023 | $248.33 | |
| 04/20/2023 | $250.32 | | 05/11/2023 | $248.33 | | 06/12/2023 | $248.33 | |
| 07/12/2023 | $248.33 | | | | | | | |

**Total Receipts for the Period: $2,485.29    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $13,788.30**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | TOVA WEISS, ESQ | Attorney Fees | $2,410.00 | $2,410.00 | $0.00 |
| 1 | DISCOVER BANK<br>»»  001 | Unsecured Creditors | $3,944.86 | $459.99 | $3,484.87 |
| 2 | RBS CITIZENS NA<br>»»  002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE<br>»»  03P | Priority Crediors | $1,802.32 | $1,802.32 | $0.00 |
| 4 | PA DEPARTMENT OF REVENUE<br>»»  03U | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | CAPITAL ONE BANK (USA) NA<br>»»  004 | Unsecured Creditors | $2,910.31 | $339.38 | $2,570.93 |
| 6 | TOYOTA MOTOR CREDIT CORP<br>»»  005 | Unsecured Creditors | $743.32 | $83.92 | $659.40 |
| 7 | RILEY SALES INC<br>»»  006 | Unsecured Creditors | $30,656.17 | $3,687.84 | $26,968.33 |
| 8 | SHEFFIELD FINANCIAL<br>»»  007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | TOYOTA MOTOR CREDIT CORP<br>»»  008 | Secured Creditors | $1,104.63 | $1,104.63 | $0.00 |
| 10 | CHASE BANK USA NA<br>»»  009 | Unsecured Creditors | $3,116.19 | $374.81 | $2,741.38 |
| 11 | AMERICAN EXPRESS NATIONAL BANK<br>»»  010 | Unsecured Creditors | $869.70 | $98.22 | $771.48 |
| 12 | AMERICAN EXPRESS NATIONAL BANK<br>»»  011 | Unsecured Creditors | $3,660.97 | $426.93 | $3,234.04 |
| 13 | LVNV FUNDING LLC<br>»»  012 | Unsecured Creditors | $1,326.68 | $144.94 | $1,181.74 |
| 14 | DEPARTMENT STORE NATIONAL BANK<br>»»  013 | Unsecured Creditors | $229.28 | $15.57 | $213.71 |

| | | | | | |
|---|---|---|---|---|---|
| 15 | LVNV FUNDING LLC<br>»» 014 | Unsecured Creditors | $3,469.34 | $404.60 | $3,064.74 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Unsecured Creditors | $1,201.88 | $131.27 | $1,070.61 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 016 | Unsecured Creditors | $3,321.19 | $387.30 | $2,933.89 |
| 18 | CITIZENS BANK NA<br>»» 017 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | TOYOTA MOTOR CREDIT CORP<br>»» 08U | Unsecured Creditors | $5,750.30 | $588.01 | $5,162.29 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,788.30 | Current Monthly Payment: | $248.33 |
| Paid to Claims: | $12,459.73 | Arrearages: | ($93.58) |
| Paid to Trustee: | $1,212.98 | Total Plan Base: | $15,433.03 |
| Funds on Hand: | $115.59 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.