**Fill in this information to identify the case:**

Debtor 1  Kostyantyn Bugarenko

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number  19-11270

## Official Form 410S1
# Notice of Mortgage Payment Change                12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** KeyBank N.A.                **Court claim no**. (if known): n/a

**Last 4 digits** of any number you use to identify the debtor's account:  6  9  1  9

**Date of payment change:**
Must be at least 21 days after date of this notice    09/17/2023

**New total payment:**    $  701.60
Principal, interest, and escrow, if any

### Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☑ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   **Current escrow payment:** $ _____    **New escrow payment:** $ _____

### Part 2:  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ☑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: Prime Rate Change
   _____

   **Current interest rate:** 8.20 %       **New interest rate:** 8.45 %
   **Current principal and interest payment:** $ 634.96    **New principal and interest payment:** $ 701.60

### Part 3:  Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect*.)

   Reason for change: _____

   **Current mortgage payment:** $ _____    **New mortgage payment:** $ _____

| Debtor 1 | Kostyantyn Bugarenko | Case number (*if known*) 19-11270 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/Reilly Fiske
Signature

Date 08/24/2023

Print: **Reilly Fiske**
First Name   Middle Name   Last Name

Title **Senior Specialist**

Company **KeyBank N.A.**

Address **4910 Tiedeman Road**
Number   Street

**Brooklyn**   **OH**   **44144**
City   State   ZIP Code

Contact phone **866-325-9723**

Email **bk_specialists@keybank.com**

History of Rate Change (KRCH)

```
           6919              RATE CHANGE HISTORY           08/24/23  09:26:24
K   BUGARENK    1ST PMT 07/17/17    INV 210/005  TYPE CONV. RES    CNS    MAN B
                CUR PMT 09/17/23    PB     53167.96  IR 08.20000         GRP
PLAN: KEOP CONT TYPE: VAR/OPEN   NEXT CONT: 05/19/32  REM TERM 285  STATUS: A
-------------------------------------------------------------------------
SG: 01 OF 01    DATE RANGE: __/__/__ TO __/__/__  LIST:
-----------------------*  HISTORY OF RATE CHANGE   *-----------------------
  BILL DT  EFF DT    IR     IDX CDE  IDX VAL                      SOURCE
 11/23/22 11/03/22  6.95000    PRMD  7.00000                      INDEX
 12/23/22 12/15/22  7.45000    PRMD  7.50000                      INDEX
 02/23/23 02/02/23  7.70000    PRMD  7.75000                      INDEX
 03/23/23 03/23/23  7.95000    PRMD  8.00000                      INDEX
 05/23/23 05/04/23  8.20000    PRMD  8.25000                      INDEX
 08/23/23 07/27/23  8.45000    PRMD  8.50000                      INDEX




 ---------------------------------------------------------------PF20: PF KEYS--
```

UNITED STATES BANKRUPTCY COURT
Eastern District of Pennsylvania (Philadelphia)

In Re: Kostyantyn Bugarenko                                  Case No. 19-11270

                                                             Chapter 13
                                Debtor(s).

## CERTIFICATE OF SERVICE

      I hereby certify that on August 24, 2023, I electronically filed a Notice of Mortgage Payment Change with the Clerk of the Bankruptcy Court using the CM/ECF system which sent electronic notification of such filing to the following:

Debtor(s) Attorney
TOVA WEISS

Trustee
SCOTT F. WATERMAN

      And, I hereby certify that I have mailed via the United States Postal Service the Notice of Mortgage Payment Change to the following non CM/ECF participants:

Debtor

Kostyantyn Bugarenko
60 Princeton Road
Huntingdon Valley, PA 19006

                                              /s/Reilly Fiske
                                              Bankruptcy Specialist
                                              KeyBank N.A.