United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                       Case No. 19-11270-amc

Kostyantyn Bugarenko                                                       Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2             User: admin             Page 1 of 2
Date Rcvd: Feb 20, 2024           Form ID: 212           Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kostyantyn Bugarenko, 60 Princeton Road, Huntingdon Valley, PA 19006-1227 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2024            Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2024 at the address(es) listed below:**

**Name**            **Email Address**

GARY M. PERKISS
     on behalf of Creditor Riley Sales Inc. gperkiss@perkiss.com

KERI P EBECK
     on behalf of Creditor Sheffield Financial kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com

MARK A. CRONIN
     on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

MARY F. KENNEDY
     on behalf of Creditor Citizens Bank N.A. f/k/a RBS Citizens, N.A. mary@javardianlaw.com, tami@javardianlaw.com;angie.harrigan@javardianlaw.com

NATHALIE PAUL
     on behalf of Creditor Citizens Bank N.A. f/k/a RBS Citizens, N.A. npaul@weltman.com, pitecf@weltman.com

POLLY A. LANGDON

District/off: 0313-2　　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　Page 2 of 2
Date Rcvd: Feb 20, 2024　　　　　　　　　　　Form ID: 212　　　　　　　　　　　　　Total Noticed: 1

|  |  |
|---|---|
|  | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| SCOTT DAVID FINK | |
|  | on behalf of Creditor Citizens Bank N.A. f/k/a RBS Citizens, N.A. sfink@weltman.com |
| SCOTT F. WATERMAN [Chapter 13] | |
|  | ECFMail@ReadingCh13.com |
| Scott F Waterman | |
|  | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com |
| TOVA WEISS | |
|  | on behalf of Debtor Kostyantyn Bugarenko weiss@lawyersbw.com |
| United States Trustee | |
|  | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re:                                                                 Chapter: 13

      Kostyantyn Bugarenko

Debtor(s)                                                 Case No: 19−11270−amc

---

### *ORDER*

      AND NOW, February 20, 2024, it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

      Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

      And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

      Accordingly, it is hereby ORDERED that the debtor shall file

    ☑ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

    ☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

      If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

                                                                                             For The Court

                                                                                             Ashely M. Chan

                                                                                             Judge, United States Bankruptcy Court