Certificate Number: 15111-PAE-DE-038239487

Bankruptcy Case Number: 19-11270



15111-PAE-DE-038239487

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 2, 2024, at 9:35 o'clock PM EST, Kostyantyn Bugazenko completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   March 2, 2024

By:   /s/Ryan McDonough

Name:   Ryan McDonough

Title:   Executive Director of Education