**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Kostyantyn Bugarenko |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of Pennsylvania |
| Case number | 19-11270 |

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** KeyBank N.A.　　　　　　**Court claim no.** (if known): n/a

**Last 4 digits** of any number you use to identify the debtor's account: 6 9 1 9

**Date of payment change:** 04/17/2024
Must be at least 21 days after date of this notice

**New total payment:** $ 615.28
Principal, interest, and escrow, if any

## Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $ _____　　**New escrow payment:** $ _____

## Part 2:  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____%　　**New interest rate:** _____%

   **Current principal and interest payment:** $ _____　　**New principal and interest payment:** $ _____

## Part 3:  Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect*.)

   **Reason for change:** Per contract terms, days in monthly billing cycle varies month-to-month; principal balance, interest and fees change based upon debit/credit transactions

   **Current mortgage payment:** $ 656.66　　**New mortgage payment:** $ 615.28

| Debtor 1 | Kostyantyn Bugarenko | Case number (*if known*) 19-11270 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Reilly Fiske
Signature

Date  03/25/2024

Print:  Reilly Fiske
       First Name    Middle Name    Last Name

Title  Senior Specialist

Company  KeyBank N.A.

Address  4910 Tiedeman Road
         Number        Street

Brooklyn                    OH    44144
City                        State  ZIP Code

Contact phone  866-325-9723

Email  bk_specialists@keybank.com

UNITED STATES BANKRUPTCY COURT
Eastern District of Pennsylvania (Philadelphia)

In Re: Kostyantyn Bugarenko          Case No. 19-11270

                                     Chapter 13
                Debtor(s).

## CERTIFICATE OF SERVICE

    I hereby certify that on March 25, 2024, I electronically filed a Notice of Mortgage Payment Change with the Clerk of the Bankruptcy Court using the CM/ECF system which sent electronic notification of such filing to the following:

Debtor(s) Attorney
TOVA WEISS

Trustee
SCOTT F. WATERMAN

    And, I hereby certify that I have mailed via the United States Postal Service the Notice of Mortgage Payment Change to the following non CM/ECF participants:

Debtor

Kostyantyn Bugarenko
60 Princeton Road
Huntingdon Valley, PA 19006

/s/Reilly Fiske
Bankruptcy Specialist
KeyBank N.A.