United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 19-11270-amc
Kostyantyn Bugarenko  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Aug 15, 2024 | Form ID: 206 | Total Noticed: 28

The following symbols are used throughout this certificate:
| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kostyantyn Bugarenko, 60 Princeton Road, Huntingdon Valley, PA 19006-1227 |
| nof | + | Tatyana Bugarenko, 60 Princeton Road, Huntingdon Valley, PA 19006-1227 |
| 14287505 | + | Citizens Bank, N.A., c/o Mary F. Kennedy, Esquire, 1310 Industrial Boulevard 1st Floor, Sui, Southampton, PA 18966-4030 |
| 14281262 | + | Gary M. Perkiss, P.C., 801 Old YOrk Road, Suite 313, Jenkintown, PA 19046-1611 |
| 14296112 | + | Riley Sales, Inc., c/o Gary M. Perkiss, Esquire, 801 Old York Road, Suite 313, Jenkintown, PA 19046-1611 |
| 14340759 | + | Toyota Motor Credit Corporation, c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, Pa 19106-1541 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Aug 15 2024 23:55:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14315246 | | Email/PDF: bncnotices@becket-lee.com | Aug 15 2024 23:58:13 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14333968 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 15 2024 23:55:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 14303634 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 15 2024 23:57:04 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14312544 | + | Email/Text: RASEBN@raslg.com | Aug 15 2024 23:55:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14299157 | ^ | MEBN | Aug 15 2024 23:41:51 | Citizens Bank, N.A., f/k/a RBS Citizens, N.A., 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 14665613 | + | Email/Text: BKRMailOps@weltman.com | Aug 15 2024 23:55:00 | Citizens Bank, N.A., c/o Weltman, Weinberg & Reis Co. LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 14321387 | | Email/Text: bnc-quantum@quantum3group.com | Aug 15 2024 23:55:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14290068 | | Email/Text: mrdiscen@discover.com | Aug 15 2024 23:55:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14428048 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2024 23:57:34 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14316225 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2024 23:58:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14322032 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 15 2024 23:57:32 | Portfolio Recovery Associates, LLC, POB 41067, |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 15, 2024 | Form ID: 206 | Total Noticed: 28 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Norfolk VA 23541 |
| 14301824 | | Email/Text: RVSVCBICNOTICE1@state.pa.us  Aug 15 2024 23:55:00 | | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14281263 | + | Email/Text: debott@rileysales.com  Aug 15 2024 23:55:00 | | Riley Sales, Inc., 1719 Romano Drive, Plymouth Meeting, PA 19462-2821 |
| 14321982 | + | Email/Text: bncmail@w-legal.com  Aug 15 2024 23:55:00 | | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14306890 | | Email/Text: bankruptcy@bbandt.com  Aug 15 2024 23:55:00 | | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |
| 14411945 | ^ | MEBN  Aug 15 2024 23:41:59 | | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14288786 | ^ | MEBN  Aug 15 2024 23:42:00 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14288861 | ^ | MEBN  Aug 15 2024 23:42:02 | | Synchrony Bank, Valerie Smith, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14309760 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com  Aug 15 2024 23:55:00 | | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14588561 | | Email/PDF: bncnotices@becket-lee.com  Aug 15 2024 23:57:06 | | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14303806 | | Email/PDF: bncnotices@becket-lee.com  Aug 15 2024 23:57:06 | | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Riley Sales, Inc., 1719 Romano Drive, Plymouth Meeting, PA 19462-2821 |
| 14315247 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14323247 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14295739 | *+ | Riley Sales, Inc., 1719 Romano Drive, Plymouth Meeting, PA 19462-2821 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2024          Signature:          /s/Gustava Winters

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 15, 2024 | Form ID: 206 | Total Noticed: 28 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| GARY M. PERKISS | on behalf of Creditor Riley Sales Inc. gperkiss@perkiss.com |
| KERI P EBECK | on behalf of Creditor Sheffield Financial kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| MARY F. KENNEDY | on behalf of Creditor Citizens Bank N.A. f/k/a RBS Citizens, N.A. mary@javardianlaw.com, tami@javardianlaw.com;angie.harrigan@javardianlaw.com |
| NATHALIE PAUL | on behalf of Creditor Citizens Bank N.A. f/k/a RBS Citizens, N.A. npaul@weltman.com, pitecf@weltman.com |
| POLLY A. LANGDON | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| SCOTT DAVID FINK | on behalf of Creditor Citizens Bank N.A. f/k/a RBS Citizens, N.A. sfink@weltman.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com |
| TOVA WEISS | on behalf of Debtor Kostyantyn Bugarenko weiss@lawyersbw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Kostyantyn Bugarenko                              Case No: 19−11270−amc

    Debtor(s)

_____

NOTICE OF CHAPTER 13 CASE CLOSED
WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☐ Debtor did not file Official Form B423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☑ Debtor has not certified that all domestic support obligations due have been paid.

☐ Debtor has a prior discharge and is not eligible for a discharge in this case.

Dated: 8/15/24

For The Court

Timothy B. McGrath
Clerk of Court

189
Form 206