United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                  Case No. 19-11270-amc

Kostyantyn Bugarenko                                                                                                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 15, 2024 | Form ID: 225 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol       Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kostyantyn Bugarenko, 60 Princeton Road, Huntingdon Valley, PA 19006-1227 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2024                          Signature:              /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| GARY M. PERKISS | on behalf of Creditor Riley Sales  Inc. gperkiss@perkiss.com |
| KERI P EBECK | on behalf of Creditor Sheffield Financial kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| MARY F. KENNEDY | on behalf of Creditor Citizens Bank  N.A. f/k/a RBS Citizens, N.A. mary@javardianlaw.com, tami@javardianlaw.com;angie.harrigan@javardianlaw.com |
| NATHALIE PAUL | on behalf of Creditor Citizens Bank  N.A. f/k/a RBS Citizens, N.A. npaul@weltman.com, pitecf@weltman.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 15, 2024 | Form ID: 225 | Total Noticed: 1 |

POLLY A. LANGDON
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT DAVID FINK
    on behalf of Creditor Citizens Bank N.A. f/k/a RBS Citizens, N.A. sfink@weltman.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

TOVA WEISS
    on behalf of Debtor Kostyantyn Bugarenko weiss@lawyersbw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re:  Chapter: 13

    Kostyantyn Bugarenko

Debtor(s)  Case No: 19−11270−amc

---

### ORDER

    AND NOW, it appearing that the debtor(s) must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. §1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. §109(h)(4),

    AND it Further appearing that the debtor(s) must file a certification regarding domestic support obligations and §522(q) see 11 U.S.C. 1328(a),

    AND, Notice was given to the debtor(s) that this case would be closed without the entry of a discharge order unless the Debtor(s), by a date certain, filed the statement regarding completion of a course in personal financial management, and/or the certification regarding domestic support obligations and §522(q),

    AND, the Debtor(s) has/have not filed the required statement and/or certifications,

    AND, it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the Debtor(s)'; estate,

    IT IS HEREBY ORDERED that the trustee be discharged and relieved of any trust; and this case be and the same hereby is ***CLOSED, without the entry of an order of discharge***.

8/15/24

For The Court

Ashely M. Chan

Chief Judge, United States
Bankruptcy Court

189
Form 225